IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | No. 2:21-CR-89 |
| | : | JUDGE MORRISON |
| JAMES V. BARLOW | : | |
| MATTHEW T. BARLOW | : | 21 U.S.C. § 841(a)(1) |
| MONET L. CARRIERE | : | 21 U.S.C. § 841(b)(1)(C) |
| JENNIFER H. CAMPBELL | : | 21 U.S.C. § 802(32)(A) |
| TONY D. PHAN | : | 21 U.S.C. § 813 |
| RONALD E. BRUST | : | 21 U.S.C. § 846 |
| AMY M. MILLER | : | 21 U.S.C. § 853(a)(1) and (2) |
| DANIEL S. BARWELL | : | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE:**
Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue

Between about November of 2013, through and including April 21, 2021, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendants, **JAMES V. BARLOW, MATTHEW T. BARLOW, MONET L. CARRIERE, JENNIFER H. CAMPBELL, TONY D. PHAN, RONALD E. BRUST, AMY M. MILLER,** and **DANIEL S. BARWELL,** did knowingly, intentionally, and unlawfully conspire with others, both known and unknown to the Grand Jury, to possess, with the intent to distribute, a substance containing a detectible amount of 4-Acetoxy-N,N-Dimethyltryptamine (4-AcO-DMT), a controlled substance analogue, as defined in 21 U.S.C. § 802(32), of 4-Hydroxy-N,N-Dimethyltryptamine, commonly known as psychedelic mushrooms, a Schedule I controlled substance, knowing that the controlled substance analogue was intended for human consumption as provided in 21 U.S.C. § 813, in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

2. Upon conviction of any offense in violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846 as alleged in the Indictment, the defendant, **JAMES V. BARLOW**, shall forfeit to the United States all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

**The following cryptocurrency seized from wallets owned by Defendant JAMES V. BARLOW:**

| Amount of Cryptocurrency | Wallet Address |
|---|---|
| 0.07692270 BTC[1] | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |

---

[1] BTC = Bitcoin cryptocurrency.

| | |
|---|---|
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132820 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289894 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |
| 0.01000000 BCH2 | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 283998.826359 ADA3 | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw |
| 2.824863 ADA | addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8 |
| 15 ADA | addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf |
| 449981.826359 ADA | addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w |
| 245362.39218 ADA | addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99 |
| 3033.687717 ADA | stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c |
| 0.283313073777777777 ETH4 | 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4f7aa80911 |
| 0.927160225 ETH | 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993 |
| 22.176731417442724858 ETH | 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6 |
| 0.298443892 ETH | 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3 |
| 0.41636360 LTC5 | ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z |
| 0.58600860 LTC | ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw |
| 0.34487135 LTC | ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0 |
| 0.56006237 LTC | ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx |
| 0.88459934 LTC | ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r |
| 0.91952218 LTC | ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu |
| 0.56227148 LTC | ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven |
| 0.33931910 LTC | ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg |
| 0.37162809 LTC | ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5 |
| 0.19583067 LTC | ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl |
| 1.10739813 LTC | ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8 |

---

2  BCH = Bitcoin Cash cryptocurrency.
3  ADA = Cardano cryptocurrency.
4  ETH = Ethereum cryptocurrency.
5  LTC = LiteCoin cryptocurrency.

| | |
|---|---|
| 0.36320907 LTC | ltc1qxyxnh02asu2f9wgsl23gcjk7706y57pt0mwmgd |
| 0.41826473 LTC | ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5 |
| 0.27204643 LTC | ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t |
| 1.09294355 LTC | ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f |
| 0.20045406 LTC | ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq |
| 0.75388269 LTC | ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t |
| 0.20014188 LTC | ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw |
| 0.33779804 LTC | ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx |
| 1.04211985 LTC | ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp |
| 1.67961317 LTC | ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew |
| 0.44415705 LTC | ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq |
| 0.42798064 LTC | ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx |
| 0.65296509 LTC | ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l |
| 1.05977784 LTC | ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc |
| 0.45100106 LTC | ltc1qyvj6zg2hln8xz5n9smqyvgyezgyswqpeazc4t8 |
| 0.70967696 LTC | ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue |
| 1.00104407 LTC | ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8 |
| 0.92026856 LTC | ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he |
| 0.24489698 LTC | ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm |
| 2.28616509 LTC | ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0 |
| 0.53705138 LTC | ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78 |
| 0.52888303 LTC | ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge |
| 0.37458894 LTC | ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks |
| 0.36083423 LTC | ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q |
| 0.47531830 LTC | ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz |
| 2.45368155 LTC | ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m |
| 0.1620682 LTC | ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul |
| 3.42672983 LTC | ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe |
| 0.70468502 LTC | ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn |
| 0.6562565 LTC | ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7 |
| 0.87461662 LTC | ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff |
| 0.37512686 LTC | ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9 |
| 2.37878077 LTC | ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78 |
| 0.83781655 LTC | ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982 |
| 1.19777381 LTC | ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s |
| 0.59431798 LTC | ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr |
| 1.39798628 LTC | ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h |
| 0.515765 LTC | ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e |
| 1.22855165 LTC | ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l |
| 0.46136831 LTC | ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg |
| 1.32032164 LTC | ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx |
| 1.16635605 LTC | ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9 |
| 1.28292257 LTC | ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu |
| 0.12038482 LTC | ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38 |
| 1.11039152 LTC | ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz |

| | |
|---|---|
| 0.56216817 LTC | ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3 |
| 2.44654885 LTC | ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm |
| 2.52581638 LTC | ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7 |
| 1.97347803 LTC | ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa |
| 0.45952312 LTC | ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw |
| 1.11306956 LTC | ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx |
| 0.52641781 LTC | ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz |
| 0.98905508 LTC | ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634 |
| 0.22985719 LTC | ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln |
| 0.7723052 LTC | ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4 |
| 0.55066674 LTC | ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc |
| 1.26863105 LTC | ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97 |
| 0.17468682 LTC | ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn |
| 1.4080863 LTC | ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr |
| 0.24832438 LTC | ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f |
| 0.2199638 LTC | ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx |
| 0.85086981 LTC | ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd |
| 0.9022037 LTC | ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44 |
| 0.74389412 LTC | ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w |
| 1.18439892 LTC | ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l |
| 0.73388364 LTC | ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq |
| 4.32506073 LTC | ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq |
| 2.53403713 LTC | ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae |
| 0.50234679 LTC | ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts |
| 0.52170887 LTC | ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey |
| 0.53101935 LTC | ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu |
| 0.58386395 LTC | ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n |
| 0.99347836 LTC | ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn |
| 0.30367165 LTC | ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas |
| 1.06218026 LTC | ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r |
| 4.39039214 LTC | ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq |
| 0.52299188 LTC | ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq |
| 0.25826233 LTC | ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx |
| 0.92836455 LTC | ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa |
| 0.20597733 LTC | ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3 |
| 0.32784561 LTC | ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2 |
| 0.1906743 LTC | ltc1qke62dt8dh475xdcxs990vt4cv2lwt8tn5yj45r |
| 0.13353863 LTC | ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0 |
| 0.79725189 LTC | ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0 |
| 0.1374513 LTC | ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8 |
| 0.33674137 LTC | ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku |
| 0.55227356 LTC | ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92 |
| 0.79308423 LTC | ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt |
| 0.16868499 LTC | ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h |
| 1.53860104 LTC | ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq |

| | |
|---|---|
| 0.76607054 LTC | ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn |
| 1.144259 LTC | ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp |
| 1.98911697 LTC | ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke |
| 4.84186369 LTC | ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33 |
| 0.88402349 LTC | ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0 |
| 0.23734555 LTC | ltc1qt92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3 |
| 0.36511538 LTC | ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc |
| 0.81021885 LTC | ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz |
| 0.47119552 LTC | ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e |
| 0.41205914 LTC | ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf |
| 1.62024864 LTC | ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u |
| 0.2482137 LTC | ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z |
| 0.53163336 LTC | ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv |
| 1.19107461 LTC | ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8 |
| 1.69870763 LTC | ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745 |
| 0.19707711 LTC | ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c |
| 0.87166752 LTC | ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5 |
| 0.42025829 LTC | ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5 |
| 0.80422847 LTC | ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr |
| 0.50268462 LTC | ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r |
| 2.6008778 LTC | ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc |
| 0.82249309 LTC | ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec |
| 1.90197138 LTC | ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus |
| 0.58761826 LTC | ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q |
| 0.73467286 LTC | ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc |
| 2.22724226 LTC | ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx |
| 1.38902919 LTC | ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp |
| 0.81181975 LTC | ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf |
| 0.71639278 LTC | ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda |
| 0.44463092 LTC | ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy |
| 6.703352 LTC | LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj |
| 0.51740189 LTC | LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12 |
| 9.57621714 LTC | LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15 |
| 3.54878005 LTC | LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z |
| 1.0 LTC | MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5 |
| 31.87221554 LTC | MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i |
| 43.68050477 LTC | MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J |
| 51,348.466929 XRP[6] | rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc |
| 25,866.1516062 XLM[7] | GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4VMPIRSAADXDZS32FMO |
| 0.0002000 XLM | GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNHKI5ZNZWAQNGED4QYKUT |

---

[6] XRP = Ripple Coin cryptocurrency.

[7] XLM = Stellar Lumens cryptocurrency.

| | |
|---|---|
| 0.56143664 ZEC[8] | t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT |

All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID: 8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses:
- 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
- bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
- ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
- 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e.

A 2016 Tesla Model X- Wagon, VIN 5YJXCDE45GF026419;

The contents of Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of JAMES V. BARLOW; and

The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

County of Adams, State of Colorado, described as follows:

SECT, TWN,RNG: 28-1-66 DESC: FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

Also known by street and number as: 13100 Cameron Drive, Brighton, CO 80603
Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.
Parcel Number: 0156928000007.

## SUBSTITUTE ASSETS

3. If any of the forfeitable property described above, as a result of any act or omission of the defendant, **JAMES V. BARLOW**,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or

---

[8] ZEC = Zcash cryptocurrency.

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant, **JAMES V. BARLOW**, up to the value of the forfeitable property.

**Forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

s/Foreperson
FOREPERSON

VIPAL J. PATEL
Acting United States Attorney

MICHAEL J. HUNTER
Assistant United States Attorney