**United States District Court**
**Southern District of Ohio**

**Related Case Memorandum**
**Criminal Cases**

**TO:**   Judge Morrison and Judge Watson

**FROM:**   Spencer D. Harris   , Deputy Clerk

**DATE:**   5/18/21

**SUBJECT:**   Case Caption:   USA v. James Barlow, et al.,

**CASE:**   Case Number:   2:21-CR-89 (1-8)

**DISTRICT JUDGE:**   Judge Morrison

**File Date:**   5/18/21

---

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**  _____

**Case Caption:**   USA v. Justin S. Clifford

**Case Number:**   2:20-cr-66 (CLOSED 5/10/21)   **District Judge:**   Watson

**File Date:**   3/27/21   **Magistrate Judge:**  _____

**Related Case(s):**  _____

**Case Caption:**  _____

**Case Number:**  _____   **District Judge:**  _____

**File Date:**  _____   **Magistrate Judge:**  _____

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk      __Spencer D. Harris__
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

☐    We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge _____

☑    We agree that although the cases **are** related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
**are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*