INDEX AS BARLOW FAMILY LIMITED PARTNERSHIP A COLORADO LIMITED PARTNERSHIP, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal Case No. 2:21-cr-089 |
| | : | JUDGE MORRISON |
| v. | : | |
| JAMES VERL BARLOW, et al. | : | |
| Defendants. | : | |

## NOTICE OF LIS PENDENS

RECORD TITLE OWNER: Barlow Family Limited Partnership, a Colorado limited partnership.

PLEASE TAKE NOTICE that the United States of America filed an Indictment in the above captioned case in which the United States seeks a judgment and a final order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), forfeiting to the United States all right, title, and interest in and to the following real property:

> **The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legally described as:**

County of Adams, State of Colorado, described as follows:

SECT, TWN,RNG: 28-1-66 DESC: FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF

OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

Also known by street and number as: 13100 Cameron Drive, Brighton, CO 80603
Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.
Parcel Number: 0156928000007.

For further information concerning this action, reference may be made to the records of the Office of the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division at 85 Marconi Boulevard, Columbus, Ohio 43215 or the United States Attorney's Office, c/o Asset Forfeiture Unit, at 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

DATED this 24th day of May 2021.

    Respectfully submitted,

    VIPAL J. PATEL
    Acting United States Attorney


    s/Michael J. Hunter
    MICHAEL J. HUNTER (0076815)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Michael.Hunter@usdoj.gov