IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 2:21-cr-00089-SDM

JAMES V. BARLOW, et al.,

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the undersigned, Steven M. Brown, who hereby enters his appearance as Trial Attorney for Defendants, James V. Barlow and Matthew T. Barlow. Undersigned counsel will serve as local counsel for said Defendants, who also will be represented by counsel currently seeking *pro hac vice* admission to the bar of the Southern District of Ohio.

                                                            Steven M. Brown (0013000)
                                                            5664 Montridge Lane
                                                            Dublin, Ohio 43016
                                                            (614) 461-8900
                                                           stevebrownatty@gmail.com
                                                           Trial Attorney for Defendants James V.
                                                           Barlow and Matthew T. Barlow

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on August 2, 2021.

                                                            Steven M. Brown (0013000)

1