IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  Case No. 2:21-cr-00089-SDM

JAMES V. BARLOW, et al.,

    Defendants.

## **MOTION FOR ADMISSION *PRO HAC VICE***

Now comes the undersigned, Steven M. Brown, a permanent member of the bar of this Court and Trial Attorney for Defendant, James V. Barlow, and pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a) does hereby move the Court for an Order granting leave to Christopher S. Mishler, to be admitted and appear *pro hac vice* and participate as counsel or co-counsel in this case for Defendant, James V. Barlow.

Movant represents that Christopher S. Mishler is a member in good standing of the highest court of Nevada as attested by the accompanying certificate from that court and that Christopher S. Mishler is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Christopher S. Mishler's relevant identifying information is as follows:

Business telephone: (702) 816-2200  Business fax: (702) 442-1998

Business address:        Brown Mishler, PLLC
                                 911 N. Buffalo Dr., Ste. 202
                                 Las Vegas, Nevada 89128

Business email:           CMishler@BrownMishler.com

Respectfully submitted,

_____
Steven M. Brown (0013000)
5664 Montridge Lane
Dublin, Ohio 43016
(614) 461-8900
stevebrownatty@gmail.com
Trial Attorney for Defendant, James Barlow

and

/s/ Christopher S. Mishler by SMB per auth
_____
Christopher S. Mishler, Esq. (NV 14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
(702) 816-2200
CMishler@BrownMishler.com
Attorney for Defendant, James Barlow

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing Motion was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on August 2, 2021.

_____
Steven M. Brown (0013000)

2