# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that CHRISTOPHER S. MISHLER (Bar No. 14402) was on the 29th day of November, 2017 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said CHRISTOPHER S. MISHLER is now in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 10TH DAY OF MAY, 2021.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

Chief Deputy Clerk