**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America**

**NOTICE**

vs.

Case No. 2:21-cr-89 (1 -2)
**JUDGE SARAH D. MORRISON**

**James Verl Barlow**
**Matthew Taylor Barlow**

 **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:    United States District Court                **COURTROOM # 132**
          Joseph P. Kinneary U.S. Courthouse          (Judge Morrison's Courtroom – In Person)
          85 Marconi Boulevard                        **SEPTEMBER 1, 2021 @ 3:00 P.M.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENTS ON INDICTMENT & RULE 44 HEARING**


                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**

DATE:    August 20, 2021

                                          /s /    Theresa Bragg
                                         (By) Theresa Bragg, Deputy Clerk


To: Counsel served electronically via CM/ECF
     United States Marshal's Office
     United States Pretrial Services
     United States Probation