United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:21-cr-89(1-2)

James Verl Barlow
Matthew Taylor Barlow

COURTROOM MINUTES
Arraignment on Indictment

| U.S. District Judge Sarah D. Morrison | | Date: September 1, 2021 @ 3:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg | Counsel for Govt: | Michael Hunter |
| Court Reporter | Allison Kimmel | Counsel for Deft: | Steve Brown, Chris Mishler, William Brown |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Defendant James Barlow (sworn in) entered a plea of not Guilty to Count 1 of the Indictment
Defendant Matt Barlow (sworn in) entered a plea of not Guilty to Count 1 of the Indictment
Waived reading of the indictment
Defendants shall remain in custody pending trial
Court will allow joint representation