FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 NOV 16 PM 3: 18

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **No. 2:21-CR-089** |
| **vs.** | : | |
| | : | **JUDGE SARAH D. MORRISON** |
| **JAMES V. BARLOW** | : | |
| | : | **18 U.S.C. § 1956(a)(1)** |
| | : | **18 U.S.C. § 1956(h)** |
| | : | **21 U.S.C. § 841(a)(1)** |
| | : | **21 U.S.C. § 841(b)(1)(C)** |
| | : | **21 U.S.C. § 802(32)(A)** |
| | : | **21 U.S.C. § 813** |
| | : | **21 U.S.C. § 846** |
| | : | **FORFEITURE** |
| | : | |
| | : | |

### S U P E R S E D I N G
### I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>:
**Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue**

Between about November of 2013, through and including April 21, 2021, the exact dates being

unknown, in the Southern District of Ohio and elsewhere, the defendant, **JAMES V. BARLOW,** did

knowingly, intentionally, and unlawfully conspire with others, both known and unknown to the United States,

to possess, with the intent to distribute, a substance containing a detectible amount of 4-Acetoxy-N,N-

Dimethyltryptamine (4-AcO-DMT), a controlled substance analogue, as defined in 21 U.S.C. § 802(32), of 4-

Hydroxy-N,N-Dimethyltryptamine, commonly known as psychedelic mushrooms, a Schedule I controlled

substance, knowing that the controlled substance analogue was intended for human consumption as provided in

21 U.S.C. § 813, in violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

1

## COUNT TWO
### Conspiracy to commit money laundering

Between about November of 2013, through and including April 21, 2021, the exact dates being unknown, in the Southern District of Ohio and elsewhere the defendant, **JAMES V. BARLOW**, did knowingly and intentionally unlawfully combine, conspire, confederate and agree with other persons, both known and unknown:

(a) to knowingly and willfully conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute and possess with intent to distribute a controlled substance (i.e. psychedelic mushroom analogue), in violation of 21 U.S.C. §846, and the distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. §841(b)(1)(C), with the intent to promote the carrying on of said specified unlawful activity, and that while conducting and attempting to conduct said financial transactions, the defendant knew that the funds involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. §1956(a)(1)(A)(i);

(b) to knowingly and willfully conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute and possess with intent to distribute a controlled substance (i.e. psychedelic mushroom analogue), in violation of 21 U.S.C. §846, and the distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. §841(a)(1), knowing these financial transactions were designed in whole or in part to conceal or disguise the nature, the source or the ownership of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct said financial transactions, the defendant knew the properties involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. §1956 (a)(1)(B)(i).

It was part of the conspiracy that the defendant, **JAMES V. BARLOW**, over the course of the drug conspiracy, and in an effort to conceal the proceeds of this activity and promote the continuation of the drug enterprise, would both accept payments and pay his employees in crypto currency, including in Bitcoin, Ethereum, and Monero. **JAMES V. BARLOW** would take extensive efforts to conceal these proceeds and payments, including sending the crypto currency to mixing services such as Wasabi Wallet, SharedCoin, and Bestmixer, which are services designed to obfuscate the true nature, origin, and source, of such funds. Once the crypto currency transactions had been tumbled or mixed in a fashion to conceal that they were funds gained through drug transactions on the dark web market vending site, **JAMES V. BARLOW** then would have the funds sent to legitimate exchanges such as Binance, Celsius, Kraken, and Coinbase, in **JAMES V. BARLOW**'s own name. These crypto currency transactions both concealed the source and nature of the funds gained

through drug distribution, and furthered and promoted the drug conspiracy by funding the operations and the payment of coconspirators under the employment and direction of **JAMES V. BARLOW**.

In violation of 18 U.S.C. §1956(h).


**FORFEITURE ALLEGATION**

1.      The allegations of this Superseding Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

2.      Upon conviction of the offenses alleged in this Superseding Information, the defendant, **JAMES V. BARLOW**, shall forfeit to the United States all right, title, and interest in:

a)      any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of 21 U.S.C. § 841 and 21 U.S.C. § 846 as alleged in Count One of the Superseding Information, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations, in accordance with 21 U.S.C. § 853(a)(1) and (2); and/or

b)      any property, real or personal, involved in the violation of 18 U.S.C. § 1956(h) as alleged in Count Two of the Superseding Information, or any property traceable to such property, in accordance with 18 U.S.C. § 982(a)(1), including, but not limited to, the following:

**The following cryptocurrency seized from wallets owned by Defendant JAMES V. BARLOW:**

| Amount of Cryptocurrency | Wallet Address |
|---|---|
| 0.07692270 BTC[1] | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |

---

[1] BTC = Bitcoin cryptocurrency.

| | |
|---|---|
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132840 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289934 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |
| 0.01000000 BCH[2] | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 2.824863 ADA[3] | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdl vxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw |
| 15 ADA | addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlv xush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8 |
| 449981.826359 ADA | addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdl vxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf |
| 20639.2 ADA | addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdl vxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w |
| 245362.39218 ADA | addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdl vxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99 |
| 3033.687717 ADA | stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c |
| 512.288229 ADA | addr1q97qzext0uhv8dtjhxwgh6negygfc0xjqajs trrysnpymmtuq9 jvklewcw6h9wvu3048jsgsns7dypm9qkxxfpxzfhksy8utrs |
| 283998.826359 ADA | addr1q9qnwh8lnljp3px6xglurlrmusk5yuf8sd29242k7hekkx9mdlvxus h90g7nqnznzv6z6auw2tnyymglygj7d8v0avesypvlhq |
| 0.283313073777777777 ETH[4] | 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4 f7aa80911 |

---

[2] BCH = Bitcoin Cash cryptocurrency.
[3] ADA = Cardano cryptocurrency.
[4] ETH = Ethereum cryptocurrency.

4

| | |
|---|---|
| 0.927160225 ETH | 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993 |
| 22.176731417442724858 ETH | 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6 |
| 0.298443892 ETH | 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3 |
| 0.92960739 ETH | 0xfe7fe5931b71df73ce363833fde43635bd0d95c0 |
| 0.000861 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.91633964 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.41636360 LTC[5] | ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z |
| 0.58600860 LTC | ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw |
| 0.34487135 LTC | ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0 |
| 0.56006237 LTC | ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx |
| 0.88459934 LTC | ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r |
| 0.91952218 LTC | ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu |
| 0.56227148 LTC | ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven |
| 0.33931910 LTC | ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg |
| 0.37162809 LTC | ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5 |
| 0.19583067 LTC | ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl |
| 1.10739813 LTC | ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8 |
| 0.36320907 LTC | ltc1qxyxnh02asu2f9wgsl23cgjk7706y57pt0mwmgd |
| 0.41826473 LTC | ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5 |
| 0.27204643 LTC | ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t |
| 1.09294355 LTC | ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f |
| 0.20045406 LTC | ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq |
| 0.75388269 LTC | ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t |
| 0.20014188 LTC | ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw |
| 0.33779804 LTC | ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx |
| 1.04211985 LTC | ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp |
| 1.67961317 LTC | ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew |
| 0.44415705 LTC | ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq |
| 0.42798064 LTC | ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx |
| 0.65296509 LTC | ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l |
| 1.05977784 LTC | ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc |
| 0.45100106 LTC | ltc1qyvj6zg2hln8xz5n9smqvvgyezgyswqpeazc4t8 |
| 0.70967696 LTC | ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue |
| 1.00104407 LTC | ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8 |
| 0.92026856 LTC | ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he |
| 0.24489698 LTC | ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm |
| 2.28616509 LTC | ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0 |
| 0.53705138 LTC | ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78 |
| 0.52888303 LTC | ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge |
| 0.37458894 LTC | ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks |
| 0.36083423 LTC | ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q |
| 0.47531830 LTC | ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz |

---

[5] LTC = Litecoin cryptocurrency.

5

| | |
|---|---|
| 2.45368155 LTC | ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m |
| 0.1620682 LTC | ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul |
| 3.42672983 LTC | ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe |
| 0.70468502 LTC | ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn |
| 0.6562565 LTC | ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7 |
| 0.87461662 LTC | ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff |
| 0.37512686 LTC | ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9 |
| 2.37878077 LTC | ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78 |
| 0.83781655 LTC | ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982 |
| 1.19777381 LTC | ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s |
| 0.59431798 LTC | ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr |
| 1.39798628 LTC | ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h |
| 0.515765 LTC | ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e |
| 1.22855165 LTC | ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l |
| 0.46136831 LTC | ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg |
| 1.32032164 LTC | ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx |
| 1.16635605 LTC | ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9 |
| 1.28292257 LTC | ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu |
| 0.12038482 LTC | ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38 |
| 1.11039152 LTC | ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz |
| 0.56216817 LTC | ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3 |
| 2.44654885 LTC | ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm |
| 2.52581638 LTC | ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7 |
| 1.97347803 LTC | ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa |
| 0.45952312 LTC | ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw |
| 1.11306956 LTC | ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx |
| 0.52641781 LTC | ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz |
| 0.98905508 LTC | ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634 |
| 0.22985719 LTC | ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln |
| 0.7723052 LTC | ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4 |
| 0.55066674 LTC | ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc |
| 1.26863105 LTC | ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97 |
| 0.17468682 LTC | ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn |
| 1.4080863 LTC | ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr |
| 0.24832438 LTC | ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f |
| 0.2199638 LTC | ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx |
| 0.85086981 LTC | ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd |
| 0.9022037 LTC | ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44 |
| 0.74389412 LTC | ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w |
| 1.18439892 LTC | ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l |
| 0.73388364 LTC | ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq |
| 4.32506073 LTC | ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq |
| 2.53403713 LTC | ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae |
| 0.50234679 LTC | ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts |
| 0.52170887 LTC | ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey |

| | |
|---|---|
| 0.53101935 LTC | ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu |
| 0.58386395 LTC | ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n |
| 0.99347836 LTC | ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn |
| 0.30367165 LTC | ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas |
| 1.06218026 LTC | ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r |
| 4.39039214 LTC | ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq |
| 0.52299188 LTC | ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq |
| 0.25826233 LTC | ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx |
| 0.92836455 LTC | ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa |
| 0.20597733 LTC | ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3 |
| 0.32784561 LTC | ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2 |
| 0.1906743 LTC | ltc1qke62dt8dh475xdcxs990vt4cv21wt8tn5yj45r |
| 0.13353863 LTC | ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0 |
| 0.79725189 LTC | ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0 |
| 0.1374513 LTC | ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8 |
| 0.33674137 LTC | ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku |
| 0.55227356 LTC | ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92 |
| 0.79308423 LTC | ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt |
| 0.16868499 LTC | ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h |
| 1.53860104 LTC | ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq |
| 0.76607054 LTC | ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn |
| 1.144259 LTC | ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp |
| 1.98911697 LTC | ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke |
| 4.84186369 LTC | ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33 |
| 0.88402349 LTC | ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0 |
| 0.23734555 LTC | ltc1q92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3 |
| 0.36511538 LTC | ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc |
| 0.81021885 LTC | ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz |
| 0.47119552 LTC | ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e |
| 0.41205914 LTC | ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf |
| 1.62024864 LTC | ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u |
| 0.2482137 LTC | ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z |
| 0.53163336 LTC | ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv |
| 1.19107461 LTC | ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8 |
| 1.69870763 LTC | ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745 |
| 0.19707711 LTC | ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c |
| 0.87166752 LTC | ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5 |
| 0.42025829 LTC | ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5 |
| 0.80422847 LTC | ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr |
| 0.50268462 LTC | ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r |
| 2.6008778 LTC | ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc |
| 0.82249309 LTC | ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec |
| 1.90197138 LTC | ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus |
| 0.58761826 LTC | ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q |
| 0.73467286 LTC | ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc |

| | |
|---|---|
| 2.22724226 LTC | ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx |
| 1.38902919 LTC | ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp |
| 0.81181975 LTC | ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf |
| 0.71639278 LTC | ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda |
| 0.44463092 LTC | ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy |
| 6.703352 LTC | LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj |
| 0.51740189 LTC | LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12 |
| 9.57621714 LTC | LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15 |
| 3.54878005 LTC | LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z |
| 1.0 LTC | MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5 |
| 31.87221554 LTC | MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i |
| 43.68050477 LTC | MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J |
| 51,348.466929 XRP[6] | rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc |
| 25,866.1516062 XLM[7] | GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4V MPIRSAADXDZS32FMO |
| 0.0002000 XLM | GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNH KI5ZNZWAQNGED4QYKUT |
| 0.56143664 ZEC[8] | t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT |
| 1.08718864 wBTC[9] | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 25.82277282 wBTC | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 478.5856 LINK[10] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 3105.3 CRO[11] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 13.86939001 XMR[12] | 4AZcj6sNCDGSej3qLsj63kjG8ftKSzZ3dgEwgvajJpNaM71WcRc MBD6etmkWBcxUntBhUMeuEUT6ZCt6TBxesma4HJqMbAo |
| 0.104089459715 XMR | 432RhANooCZYtN3EaQGv434ynQDFA9oMr28ifx4ucjuEQBRJ kAdLmX8CBL6X8iWXZCRs3b1Bs9iWFKiT6k265DtNC7agg37 |
| 18.958526601531 XMR | 89LZ3Kzp36rfcBPdG73CxkeppTYBVT5QKApyksQdWdzydE8QH kdjwAY8wEs9yys8Hy4vjLVLd1uRtSsb1DjZBwSE2dk1rrZ |
| 47.313719520003 XMR | 43eRgpMFV7u2FN7hBwvMmGbHHJHdE4TJvPcW3WdiDgsm FTKKifTJ7F7WvL56b5XnUj5j19Kingr65PDkXV4are3F9F3aPcV |
| 0.00572822 XMR | 47jZE6Juw1HdRdXgQLGPauCL9zhDhTA9V2F2HffFM1nMNic7yzh R46mWNx5sJsa8eG5P61gPkqp1t71ougnU8SBbKJkcAUa3 |
| 37.29144 XTZ[13] | tz1Pww3GvWpkSeFkzRv2oraLRXM2p9nswjKd |
| 46563.65 BAN[14] | Ban_1upsn4y64uif9ezdez1164mmmkeqqczrzwywy8i9ondryg35o3so fxr5wa8j |
| 236.40 BAN | ban_3omsjwetouwddhmfo57x6knwqnuuwy6 oqnkrhoo6rawjbaz n6w5twypsiwq |

---

[6] XRP = Ripple Coin cryptocurrency.
[7] XLM = Stellar Lumens cryptocurrency.
[8] ZEC = Zcash cryptocurrency.
[9] wBTC = Wrapped Bitcoin cryptocurrency.
[10] LINK = Chainlink cryptocurrency (Ethereum token).
[11] CRO = Crypto.com Chain cryptocurrency (token).
[12] XMR = Monero cryptocurrency.
[13] XTZ = Tezos cryptocurrency (token).
[14] BAN = Banano cryptocurrency.

| | |
|---|---|
| 175.13911699 BNB[15] | bnb1rfd2yr3wf3xqmqdj5cyskhq0vuhge727kdj527 |
| 40282.57914443 HBAR[16] | 0.0.85269 |
| 10.80637082 NANO | Nano_1ra33yydpdkgny4axr7yk6pke8cm6dtf3wszkqab7akxu446 xpuikjs5mr3ak |
| 74078.53500000 VET[17] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 2348.83953368 VTHO[18] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 11092.26641731 DOT[19] | 1EqBkL…jmmvbT |

All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID: 8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses:

- 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
- bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
- ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
- 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e.

One (1) 2016 Tesla Model X- Wagon, VIN 5YJXCDE45GF026419;

One (1) ASUS UX481F Computer, Serial# LAN0CU01X884416;

Approximately $687,738.40 in United States currency seized from Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of JAMES V. BARLOW; and

The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

County of Adams, State of Colorado, described as follows:

SECT, TWN,RNG: 28-1-66 DESC: FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

---

[15] BNB = Binance Coin cryptocurrency.
[16] HBAR = Hedera cryptocurrency.
[17] VET = VeChain cryptocurrency (token).
[18] VTHO = VeChainThor Energy cryptocurrency (Ethereum token).
[19] DOT = Polkadot cryptocurrency (token).

9

**Also known by street and number as:  13100 Cameron Drive, Brighton, CO 80603**
**Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.**
**Parcel Number:  0156928000007.**

## SUBSTITUTE ASSETS

3.      If any of the forfeitable property described above, as a result of any act or omission of the

defendant, **JAMES V. BARLOW**,

        a.      cannot be located upon the exercise of due diligence;
        b.      has been transferred or sold to, or deposited with, a third party;
        c.      has been placed beyond the jurisdiction of the court;
        d.      has been substantially diminished in value; or
        e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

§ 982(b), to seek forfeiture of any other property of the defendant, **JAMES V. BARLOW**, up to the value of

the forfeitable property.

      **Forfeiture pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

VIPAL J. PATEL
Acting United States Attorney

_____
MICHAEL J. HUNTER
Assistant United States Attorney

10