# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America**

**vs.**

**James V. Barlow**

**NOTICE**

Case No. 2:21-cr-89-1

**JUDGE SARAH D. MORRISON**

 

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court  
        Joseph P. Kinneary U.S. Courthouse  
        85 Marconi Boulevard  
        Columbus, Ohio 43215

**COURTROOM #132**  
(Via GoToMeeting)  
**NOVEMBER 23, 2021 @ 3:15 P.M.**

TYPE OF PROCEEDING: **CHANGE OF PLEA HEARING**

The call-in information for interested parties, the media, or the general public is: 1 (571) 317-3122, Access Code is 114-450-389. Invitation information for the GoToMeeting video conference will be supplied to counsel of record prior to the hearing.

**SARAH D. MORRISON**  
**UNITED STATES DISTRICT JUDGE**

DATE:  November 17, 2021

    /s /    Theresa Bragg  
(By) Theresa Bragg, Deputy Clerk

To: Counsel served electronically via CM/ECF  
    United States Marshal's Office  
    United States Pretrial Services  
    United States Probation