United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:21-cr-89-1

James V. Barlow

COURTROOM MINUTES
Change of Plea Hearing

| U.S. District Judge Sarah D. Morrison | | Date:   November 23, 2021 @ 3:15 p.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg | Counsel for Govt: | Michael Hunter |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Chris Mishler/Steve Brown |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

Defendant agreed to proceed via video; defendant waived reading of superseding information; defendant gave verbal consent to waiver of indictment
Defendant changed his plea to Guilty on Counts 1s and 2s of the Superseding Information
PSI ordered
Defendant placed on bond pending sentencing
Court addresses motion for reconsideration of bond; defense counsel argues motion; gov does not oppose; Court grants motion; Court will allow Defendant to travel to Utah for Thanksgiving; Court reviewed pretrial release conditions with Mr. Barlow; defendant gave verbal consent to sign his name to the release order