IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                                  Case No. 2:21-cr-00089-SDM

JAMES V. BARLOW, et al.,

        Defendants.

## UNOPPOSED MOTION TO CONTINUE DEADLINE FOR INFORMAL OBJECTIONS TO PSR

Now comes Defendant James V. Barlow, by and through undersigned counsel, and respectfully moves the Court to extend the date by which to submit informal objections to his presentence report (PSR) 14 days, such that informal objections would be due on or before March 24, 2022.

The government does not oppose the requested extension, and the extension is necessary to allow Mr. Barlow and his counsel to meaningfully review the PSR, meet and discuss regarding the same, and, if necessary, prepare and submit appropriate objections. Additionally, Mr. Barlow requires more time to complete and submit relevant financial documents and authorizations that will allow the PSR to more accurately reflect his financial situation.

Respectfully submitted,

/s/ *Christopher Mishler*_____
Christopher Mishler. Esq (NV 14402)
BROWN MISHLER, PLLC
911 N. Buffalo Sr., Ste 202
Las Vegas, NV 89128
(702) 816-2200
CMishler@BrownMishler.com
Attorney for Defendant James Barlow

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a copy of the foregoing Motion was served upon Mike Hunter, Esq., attorney for Plaintiff, by email on this 10th day of March, 2022.

*/s/ Christopher Mishler*
Christopher Mishler (14402)