# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:21-cr-89-1 |
| v. | : | Judge Morrison |
| JAMES VERL BARLOW, | : | |
| Defendant. | : | |

# **ORDER**

    The Defense Counsel has filed an Unopposed Motion for Extension of Time to File the Objections to the Initial Presentence Investigation Report. For the reasons stated in the Defendant's motion, the request is granted and the deadlines with regard to the objections to the initial presentence report is extended to March 28, 2022. All other deadlines are extended accordingly. The Final Presentence Report will be forwarded to the Court not later than April 18, 2022.

    3/10/2022  
Date

    /s/ Sarah D. Morrison  
SARAH D. MORRISON  
United States District Judge