## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America**

**NOTICE**

vs.

Case No. 2:21-cr-89-1

**JUDGE MORRISON**

**James Verl Barlow**

 **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place:  United States District Court | **COURTROOM # 132** |
|     Joseph P. Kinneary U.S. Courthouse | (In Person – Judge Morrison's Courtroom) |
|     85 Marconi Boulevard | **AUGUST 2, 2022 @ 3:45 P.M.** |
|     Columbus, Ohio 43215 | |

TYPE OF PROCEEDING: **SENTENCING HEARING**
**\*\*The Government and the Defendant shall each file a sentencing memorandum with the Court on or before Tuesday, July 26, 2022\*\*\*** Any motions or letters must also be filed on or before this deadline.

              **SARAH D. MORRISON**
              **UNITED STATES DISTRICT JUDGE**

DATE: April 27, 2022

            /s /  Theresa Bragg
             (By) Theresa Bragg, Deputy Clerk

To: Counsel served electronically via CM/ECF
   United States Marshal's Office
   United States Pretrial Services
   United States Probation