# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America**

**NOTICE**

vs.

Case No. 2:21-cr-89-1

**JUDGE MORRISON**

**James Verl Barlow**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     United States District Court      **COURTROOM # 132**
            Joseph P. Kinneary U.S. Courthouse    (In Person – Judge Morrison's Courtroom)
            85 Marconi Boulevard      **NOVEMBER 15, 2022 @ 3:45 P.M.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING**
**\*\*The Government and the Defendant shall each file a sentencing memorandum with the Court on or before Tuesday, November 8, 2022\*\*\*   Any motions or letters must also be filed on or before this deadline.**
**\*\*\*previously set for August 2, 2022 at 3:45 P.M.\*\*\***

                                              **SARAH D. MORRISON**
                                              **UNITED STATES DISTRICT JUDGE**

DATE:    June 24, 2022

                                           /s /    Theresa Bragg
                                            (By) Theresa Bragg, Deputy Clerk

To: Counsel served electronically via CM/ECF
     United States Marshal=s Office
     United States Pretrial Services
     United States Probation