# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:21-cr-89 (1)

**James Verl Barlow**

## COURTROOM MINUTES

| Judge: | Elizabeth A. Preston Deavers | Date and Time: | August 18, 2022 At 1:00 PM |
|---|---|---|---|
| Deputy Clerk: | Sherry Nichols | Counsel for Govt: | Michael Hunter |
| Recorder: | CourtSmart | Counsel for Deft(s). | Steve Brown |
| Interpreter: | | Pretrial/Probation: | Jennifer Chadwick |

Show Cause on Pretrial Release Violation Petition

-Dft appeared via Video Conference (COVID 19)
-Dft to remain on previously imposed conditions of pretrial release