# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America**

      vs.

**JAMES VERL BARLOW**

**NOTICE**

Case No. 2:21-CR-89-1

**JUDGE SARAH D. MORRISON**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court  
Joseph P. Kinneary U.S. Courthouse  
85 Marconi Boulevard  
Columbus, Ohio 43215

**COURTROOM # 132**

**December 7, 2022 at 10:00 a.m.**

Previously set for November 15, 2022

TYPE OF PROCEEDING: **SENTENCING**

**\*\*The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

**SARAH D. MORRISON**  
**UNITED STATES DISTRICT JUDGE**

DATE: October 12, 2022

      s /Maria Rossi  
(By) Maria Rossi, Deputy Clerk

To: Counsel served electronically via CM/ECF  
    United States Probation  
     US Marshal  
     Pretrial Services