**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | **2:21-cr-089** |
| | : | **JUDGE MORRISON** |
| v. | : | |
| | : | |
| **JAMES V. BARLOW,** | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION FOR
A PRELIMINARY ORDER OF FORFEITURE**

The United States respectfully moves this Court for entry of a Preliminary Order of Forfeiture in this case pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2(b) of the Federal Rules of Criminal Procedure, and in support thereof offers the record in this case and the following memorandum.

**Memorandum**

**I.  Background**

On November 16, 2021, a Superseding Information (Doc. 71) was filed in this case charging Defendant James V. Barlow with Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846 (Count 1), and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) (Count 2).

In accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the Superseding Information also contained a Forfeiture Allegation notifying Defendant James V. Barlow that upon

conviction of the offenses alleged in the Superseding Information, he shall forfeit all of his right, title, and interest in:

    a.    any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of 21 U. S.C. §§ 841 and 846 as alleged in Count 1 of the Superseding Information, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, in accordance with 21 U. S.C. § 853(a)(l) and (2); and/or

    b.    any property, real or personal, involved in the violation of 18 U. S.C. § 1956(h) as alleged in Count 2 of the Superseding Information, or any property traceable to such property, in accordance with 18 U. S.C. § 982(a)(l), including, but not limited to, the following:

The following cryptocurrency seized from wallets owned by Defendant James V. Barlow:

| Amount of Cryptocurrency | Wallet Address |
| --- | --- |
| 0.07692270 BTC[1] | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |

---

[1] BTC = Bitcoin cryptocurrency.

| | |
|---|---|
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132820 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289894 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |
| 0.01000000 BCH[2] | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 2.824863 ADA[3] | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw |
| 15 ADA | addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8 |
| 449981.826359 ADA | addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf |
| 20639.2 ADA | addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w |
| 245362.39218 ADA | addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99 |
| 3033.687717 ADA | stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c |
| 512.288229 ADA | addr1q97qzext0uhv8dtjhxwgh6negygfc0xjqajs trrysnpymmtuq9jvklewcw6h9wvu3048jsgsns7dypm9qkxxfpxzfhksy8utrs |
| 283998.826359 ADA | addr1q9qnwh8lnljp3px6xglurlrmusk5yuf8sd29242k7hekkx9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesypvlhq |
| 0.283313073777777777 ETH[4] | 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4f7aa80911 |
| 0.927160225 ETH | 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993 |
| 22.176731417442724858 ETH | 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6 |
| 0.298443892 ETH | 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3 |
| 0.92960739 ETH | 0xfe7fe5931b71df73ce363833fde43635bd0d95c0 |
| 0.000861 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.91633964 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.41636360 LTC[5] | ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z |
| 0.58600860 LTC | ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw |
| 0.34487135 LTC | ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0 |
| 0.56006237 LTC | ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx |
| 0.88459934 LTC | ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r |
| 0.91952218 LTC | ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu |
| 0.56227148 LTC | ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven |

---

[2] BCH = Bitcoin Cash cryptocurrency.

[3] ADA = Cardano cryptocurrency.

[4] ETH = Ethereum cryptocurrency.

[5] LTC = Litecoin cryptocurrency.

3

| | |
|---|---|
| 0.33931910 LTC | ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg |
| 0.37162809 LTC | ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5 |
| 0.19583067 LTC | ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl |
| 1.10739813 LTC | ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8 |
| 0.36320907 LTC | ltc1qxyxnh02asu2f9wgsl23gcjk7706y57pt0mwmgd |
| 0.41826473 LTC | ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5 |
| 0.27204643 LTC | ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t |
| 1.09294355 LTC | ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f |
| 0.20045406 LTC | ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq |
| 0.75388269 LTC | ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t |
| 0.20014188 LTC | ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw |
| 0.33779804 LTC | ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx |
| 1.04211985 LTC | ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp |
| 1.67961317 LTC | ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew |
| 0.44415705 LTC | ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq |
| 0.42798064 LTC | ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx |
| 0.65296509 LTC | ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l |
| 1.05977784 LTC | ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc |
| 0.45100106 LTC | ltc1qyvj6zg2hln8xz5n9smqyvgyezgyswqpeazc4t8 |
| 0.70967696 LTC | ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue |
| 1.00104407 LTC | ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8 |
| 0.92026856 LTC | ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he |
| 0.24489698 LTC | ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm |
| 2.28616509 LTC | ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0 |
| 0.53705138 LTC | ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78 |
| 0.52888303 LTC | ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge |
| 0.37458894 LTC | ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks |
| 0.36083423 LTC | ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q |
| 0.47531830 LTC | ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz |
| 2.45368155 LTC | ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m |
| 0.1620682 LTC | ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul |
| 3.42672983 LTC | ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe |
| 0.70468502 LTC | ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn |
| 0.6562565 LTC | ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7 |
| 0.87461662 LTC | ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff |
| 0.37512686 LTC | ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9 |
| 2.37878077 LTC | ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78 |
| 0.83781655 LTC | ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982 |
| 1.19777381 LTC | ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s |
| 0.59431798 LTC | ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr |
| 1.39798628 LTC | ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h |
| 0.515765 LTC | ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e |
| 1.22855165 LTC | ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l |
| 0.46136831 LTC | ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg |
| 1.32032164 LTC | ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx |
| 1.16635605 LTC | ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9 |
| 1.28292257 LTC | ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu |
| 0.12038482 LTC | ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38 |
| 1.11039152 LTC | ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz |

| | |
|---|---|
| 0.56216817 LTC | ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3 |
| 2.44654885 LTC | ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm |
| 2.52581638 LTC | ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7 |
| 1.97347803 LTC | ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa |
| 0.45952312 LTC | ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw |
| 1.11306956 LTC | ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx |
| 0.52641781 LTC | ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz |
| 0.98905508 LTC | ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634 |
| 0.22985719 LTC | ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln |
| 0.7723052 LTC | ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4 |
| 0.55066674 LTC | ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc |
| 1.26863105 LTC | ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97 |
| 0.17468682 LTC | ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn |
| 1.4080863 LTC | ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr |
| 0.24832438 LTC | ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f |
| 0.2199638 LTC | ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx |
| 0.85086981 LTC | ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd |
| 0.9022037 LTC | ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44 |
| 0.74389412 LTC | ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w |
| 1.18439892 LTC | ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l |
| 0.73388364 LTC | ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq |
| 4.32506073 LTC | ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq |
| 2.53403713 LTC | ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae |
| 0.50234679 LTC | ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts |
| 0.52170887 LTC | ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey |
| 0.53101935 LTC | ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu |
| 0.58386395 LTC | ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n |
| 0.99347836 LTC | ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn |
| 0.30367165 LTC | ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas |
| 1.06218026 LTC | ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r |
| 4.39039214 LTC | ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq |
| 0.52299188 LTC | ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq |
| 0.25826233 LTC | ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx |
| 0.92836455 LTC | ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa |
| 0.20597733 LTC | ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3 |
| 0.32784561 LTC | ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2 |
| 0.1906743 LTC | ltc1qke62dt8dh475xdcxs990vt4cv2lwt8tn5yj45r |
| 0.13353863 LTC | ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0 |
| 0.79725189 LTC | ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0 |
| 0.1374513 LTC | ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8 |
| 0.33674137 LTC | ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku |
| 0.55227356 LTC | ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92 |
| 0.79308423 LTC | ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt |
| 0.16868499 LTC | ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h |
| 1.53860104 LTC | ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq |
| 0.76607054 LTC | ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn |
| 1.144259 LTC | ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp |
| 1.98911697 LTC | ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke |
| 4.84186369 LTC | ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33 |

| | |
|---|---|
| 0.88402349 LTC | ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0 |
| 0.23734555 LTC | ltc1qt92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3 |
| 0.36511538 LTC | ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc |
| 0.81021885 LTC | ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz |
| 0.47119552 LTC | ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e |
| 0.41205914 LTC | ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf |
| 1.62024864 LTC | ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u |
| 0.2482137 LTC | ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z |
| 0.53163336 LTC | ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv |
| 1.19107461 LTC | ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8 |
| 1.69870763 LTC | ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745 |
| 0.19707711 LTC | ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c |
| 0.87166752 LTC | ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5 |
| 0.42025829 LTC | ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5 |
| 0.80422847 LTC | ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr |
| 0.50268462 LTC | ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r |
| 2.6008778 LTC | ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc |
| 0.82249309 LTC | ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec |
| 1.90197138 LTC | ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus |
| 0.58761826 LTC | ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q |
| 0.73467286 LTC | ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc |
| 2.22724226 LTC | ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx |
| 1.38902919 LTC | ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp |
| 0.81181975 LTC | ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf |
| 0.71639278 LTC | ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda |
| 0.44463092 LTC | ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy |
| 6.703352 LTC | LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj |
| 0.51740189 LTC | LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12 |
| 9.57621714 LTC | LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15 |
| 3.54878005 LTC | LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z |
| 1.0 LTC | MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5 |
| 31.87221554 LTC | MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i |
| 43.68050477 LTC | MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J |
| 51,348.466929 XRP[6] | rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc |
| 25,866.1516062 XLM[7] | GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4VMPIRSAADXDZS32FMO |
| 0.0002000 XLM | GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNHKI5ZNZWAQNGED4QYKUT |
| 0.56143664 ZEC[8] | t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT |
| 1.08718864 wBTC[9] | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 25.82277282 wBTC | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 478.5856 LINK[10] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 3105.3 CRO[11] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |

---

[6] XRP = Ripple Coin cryptocurrency.
[7] XLM = Stellar Lumens cryptocurrency.
[8] ZEC = Zcash cryptocurrency.
[9] wBTC = Wrapped Bitcoin cryptocurrency.
[10] LINK = Chainlink cryptocurrency (Ethereum token).
[11] CRO = Crypto.com Chain cryptocurrency (token).

| | |
|---|---|
| 13.86939001 XMR[12] | 4AZcj6sNCDGSej3qLsj63kjG8ftKSzZ3dgEwgvajJpNaM71WcRcMBD6etmkWBcxUntBhUMeuEUT6ZCt6TBxesma4HJqMbAo |
| 0.104089459715 XMR | 432RhANooCZYtN3EaQGv434ynQDFA9oMr28ifx4ucjuEQBRJkAdLmX8CBL6X8iWXZCRs3b1Bs9iWFKiT6k265DtNC7agg37 |
| 18.958526601531 XMR | 89LZ3Kzp36rfcBPdG73CxkeppTYBVT5QKApyksQdWdzydE8QHkdjwAY8wEs9yys8Hy4vjLVLd1uRtSsb1DjZBwSE2dk1rrZ |
| 47.313719520003 XMR | 43eRgpMFV7u2FN7hBwvMmGbHHJHdE4TJvPcW3WdiDgsmFTkKifTJ7F7WvL56b5XnUj5j19Kingr65PDkXV4are3F9F3aPcV |
| 0.00572822 XMR | 47jZE6Juw1HdRdXgQLGPauCL9zhDhTA9V2F2HfFM1nMNic7yzhR46mWNx5sJsa8eG5P61gPkqp1t71ougnU8SBbKJkcAUa3 |
| 37.29144 XTZ[13] | tz1Pww3GvWpkSeFkzRv2oraLRXM2p9nswjKd |
| 46563.65 BAN[14] | Ban_1upsn4y64uif9ezdez1164mmmkeqqczrzwywy8i9ondryg35o3sofxr5wa8j |
| 236.40 BAN | ban_3omsjwctouwddhmfo57x6knwqnuuwy6 oqnkrhoo6rawjbazn6w5twypsiwq |
| 175.13911699 BNB[15] | bnb1rfd2yr3wf3xqmqdj5cyskhq0vuhge727kdj527 |
| 40282.57914443 HBAR[16] | 0.0.85269 |
| 10.80637082 NANO | Nano_1ra33yydpdkgny4axr7yk6pke8cm6dtf3wszkqab7akxu446xpuikjs5mr3ak |
| 74078.53500000 VET[17] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 2348.83953368 VTHO[18] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 11092.26641731 DOT[19] | 1EqBkL…jmmvbT |

All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID: 8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses:
- 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
- bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
- ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
- 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e.

A 2016 Tesla Model X- Wagon, VIN 5YJXCDE45GF026419;

Approximately $687,738.40 in United States currency seized from Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of Defendant James V. Barlow; and

The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments

---

[12] XMR = Monero cryptocurrency.
[13] XTZ = Tezos cryptocurrency (token).
[14] BAN = Banano cryptocurrency.
[15] BNB = Binance Coin cryptocurrency.
[16] HBAR = Hedera cryptocurrency.
[17] VET = VeChain cryptocurrency (token).
[18] VTHO = VeChainThor Energy cryptocurrency (Ethereum token).
[19] DOT = Polkadot cryptocurrency (token).

    thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

    County of Adams, State of Colorado, described as follows:

    SECT, TWN,RNG: 28-1-66 DESC: FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

    NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

    Also known by street and number as: 13100 Cameron Drive, Brighton, CO 80603
    Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.
    Parcel Number: 0156928000007.

    On November 16, 2021, a Plea Agreement (Doc. 72) was also filed in this case in which Defendant James V. Barlow agreed to plead guilty to the Superseding Information currently pending against him. He also agreed to voluntarily surrender for forfeiture to the United States all of his right, title and interest in the property identified in the Forfeiture Allegation of the Superseding Information which was also more particularly described in Attachment C of the Plea Agreement. Defendant Barlow acknowledged and agreed that this property, collectively "the subject property," constitutes, or was derived from, proceeds he obtained, directly or indirectly, as a result of the violation of 21 U.S.C. §§ 841 and 846 as alleged in Count 1 of the Superseding Information to which he has agreed to plead guilty, and/or is property he used, or intended to use, in any manner or part, to commit, or to facilitate the commission of such violation, and is therefore subject to forfeiture in accordance with 21 U.S.C. § 853(a)(l) and (2), and/or is property, real or personal, involved in the violation of 18 U.S.C. § 1956(h) as alleged in Count 2 of the Superseding Information to which he has agreed to plead guilty, or is property traceable to such property, and

is therefore also subject to forfeiture in accordance with 18 U.S.C. § 982(a)(l). Defendant James V. Barlow further agreed to the entry of any orders necessary to complete the forfeiture of the subject property described herein. Finally, the parties agreed that if the defendant had any evidence that any portion of the subject property is unrelated to the illegal activity to which he has agreed to plead guilty, he would present such evidence to the United States for review no later than 30-days prior to the sentencing set in his case. As evidenced by the docket in this case, Defendant James V. Barlow's sentencing is currently set for December 7, 2022. (*See* Notice of Hearing, Doc. 166.) To date, the United States asserts that Defendant James V. Barlow has not presented any evidence to it in relation to the property subject to forfeiture in this case.

On November 23, 2021, Defendant James V. Barlow appeared before this Court and entered a Plea of Guilty to Counts 1 and 2 of the Superseding Information in accordance with his Plea Agreement. (*See* Courtroom Minute Entry, Doc. 84.)

Finally, since the filing of the Superseding Information and Plea Agreement in this case, the designated agent with the Internal Revenue Service as custodian of currency seized from Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of Defendant James V. Barlow, has confirmed to the United States that the total amount of currency seized from Wealthfront Brokerage Account Number 5396 is $687,915.54. (*See* Amended Seizure Warrant Return, SDOH Case No. 2:21-mj-507, at Doc. 9.)

**II.     Law and Argument**

The United States respectfully requests that the Court enter a Preliminary Order of Forfeiture in this case ordering Defendant James V. Barlow to forfeit the property outlined in the Plea Agreement to the United States in accordance with 18 U.S.C. § 982(a)(l), 21 U.S.C. § 853(a)(l) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure.

Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure provides that after a plea of guilty is accepted "… on any count in an indictment or information… regarding which criminal forfeiture is sought, the court must determine what property is subject to forfeiture under the applicable statute." In this matter, the United States notified Defendant Barlow that it intended to pursue forfeiture in this case in accordance with 18 U.S.C. § 982(a)(l) and 21 U.S.C. § 853(a)(l) and (2).

Section 982 provides that a person convicted of a violation of 18 U.S.C. § 1956 shall forfeit to the United States "… any property, real or personal, involved in such offense, or any property traceable to such property." 18 U.S.C. § 982(a)(1).

Section 853 provides that any person convicted of a violation of 21 U.S.C. § 841 and/or 21 U.S.C. § 846 shall forfeit to the United States "… (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation." 21 U.S.C. § 853(a)(1) and (2).

As part of his Plea Agreement, Defendant James V. Barlow agreed that the subject property identified in this case is just such property and is, therefore, forfeitable to the United States in accordance with 18 U.S.C. § 982(a)(l) and 21 U.S.C. § 853(a)(l) and (2). (*See* Plea Agreement, Doc. 72 at PAGEID #: 415-416.)

"If the Court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture … directing the forfeiture of … property, and directing the forfeiture of any substitute property if the government has met the statutory criteria. Fed. R. Crim P. 32.2(b)(2)(A). Unless doing so is impractical, the preliminary order should be entered in advance of sentencing. (*See* Fed. R. Crim. P. 32.2(b)(2)(B).)

Based upon the record of this case and the agreement of Defendant James V. Barlow, the United States asserts that it has established the requisite nexus between the subject property identified in this case and the offenses to which Defendant James V. Barlow has pleaded guilty. Accordingly, the United States asserts that the subject property identified herein is subject to forfeiture to the United States pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a)(1) and (2), and that entry of a Preliminary Order of Forfeiture ordering the forfeiture of Defendant James V. Barlow's right, title, and interest in the property is appropriate.

The United States further asserts that following entry of a forfeiture order in this case, it will provide written notice to any person who reasonably appears to be a potential claimant with standing to contest such forfeiture in the ancillary proceeding in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure. In addition, in accordance with 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States will also publish notice of the entry of the forfeiture order and notice of its intent to dispose of the subject property in such manner as the Attorney General may direct.

### III. Conclusion

Therefore, the United States respectfully moves this Court for entry of a Preliminary Order of Forfeiture in this case against Defendant James V. Barlow ordering him to forfeit all of his right, title, and interest in the following property to the United States in accordance with 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a)(1) and (2):

The following cryptocurrency seized from wallets owned by Defendant James V. Barlow:

| Amount of Cryptocurrency | Wallet Address |
|---|---|
| 0.07692270 BTC | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |

| | |
|---|---|
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132820 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289894 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |
| 0.01000000 BCH | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 2.824863 ADA | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw |
| 15 ADA | addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8 |
| 449981.826359 ADA | addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf |
| 20639.2 ADA | addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w |
| 245362.39218 ADA | addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99 |
| 3033.687717 ADA | stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c |
| 512.288229 ADA | addr1q97qzext0uhv8dtjhxwgh6negygfc0xjqajs trrysnpymmtuq9 jvklewcw6h9wvu3048jsgsns7dypm9qkxxfpxzfhksy8utrs |
| 283998.826359 ADA | addr1q9qnwh8lnljp3px6xglurlrmusk5yuf8sd29242k7hekkx9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesypvlhq |
| 0.2833130737777777 ETH | 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4f7aa80911 |
| 0.927160225 ETH | 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993 |
| 22.176731417442724858 ETH | 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6 |

12

| | |
|---|---|
| 0.298443892 ETH | 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3 |
| 0.92960739 ETH | 0xfe7fe5931b71df73ce363833fde43635bd0d95c0 |
| 0.000861 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.91633964 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.41636360 LTC | ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z |
| 0.58600860 LTC | ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw |
| 0.34487135 LTC | ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0 |
| 0.56006237 LTC | ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx |
| 0.88459934 LTC | ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r |
| 0.91952218 LTC | ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu |
| 0.56227148 LTC | ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven |
| 0.33931910 LTC | ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg |
| 0.37162809 LTC | ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5 |
| 0.19583067 LTC | ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl |
| 1.10739813 LTC | ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8 |
| 0.36320907 LTC | ltc1qxyxnh02asu2f9wgsl23gcjk7706y57pt0mwmgd |
| 0.41826473 LTC | ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5 |
| 0.27204643 LTC | ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t |
| 1.09294355 LTC | ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f |
| 0.20045406 LTC | ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq |
| 0.75388269 LTC | ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t |
| 0.20014188 LTC | ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw |
| 0.33779804 LTC | ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx |
| 1.04211985 LTC | ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp |
| 1.67961317 LTC | ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew |
| 0.44415705 LTC | ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq |
| 0.42798064 LTC | ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx |
| 0.65296509 LTC | ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l |
| 1.05977784 LTC | ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc |
| 0.45100106 LTC | ltc1qyvj6zg2hln8xz5n9smqyvgyezgyswqpeazc4t8 |
| 0.70967696 LTC | ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue |
| 1.00104407 LTC | ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8 |
| 0.92026856 LTC | ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he |
| 0.24489698 LTC | ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm |
| 2.28616509 LTC | ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0 |
| 0.53705138 LTC | ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78 |
| 0.52888303 LTC | ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge |
| 0.37458894 LTC | ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks |
| 0.36083423 LTC | ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q |
| 0.47531830 LTC | ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz |
| 2.45368155 LTC | ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m |
| 0.1620682 LTC | ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul |
| 3.42672983 LTC | ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe |
| 0.70468502 LTC | ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn |
| 0.6562565 LTC | ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7 |
| 0.87461662 LTC | ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff |
| 0.37512686 LTC | ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9 |
| 2.37878077 LTC | ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78 |
| 0.83781655 LTC | ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982 |

| | |
|---|---|
| 1.19777381 LTC | ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s |
| 0.59431798 LTC | ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr |
| 1.39798628 LTC | ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h |
| 0.515765 LTC | ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e |
| 1.22855165 LTC | ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l |
| 0.46136831 LTC | ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg |
| 1.32032164 LTC | ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx |
| 1.16635605 LTC | ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9 |
| 1.28292257 LTC | ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu |
| 0.12038482 LTC | ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38 |
| 1.11039152 LTC | ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz |
| 0.56216817 LTC | ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3 |
| 2.44654885 LTC | ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm |
| 2.52581638 LTC | ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7 |
| 1.97347803 LTC | ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa |
| 0.45952312 LTC | ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw |
| 1.11306956 LTC | ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx |
| 0.52641781 LTC | ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz |
| 0.98905508 LTC | ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634 |
| 0.22985719 LTC | ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln |
| 0.7723052 LTC | ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4 |
| 0.55066674 LTC | ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc |
| 1.26863105 LTC | ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97 |
| 0.17468682 LTC | ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn |
| 1.4080863 LTC | ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr |
| 0.24832438 LTC | ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f |
| 0.2199638 LTC | ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx |
| 0.85086981 LTC | ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd |
| 0.9022037 LTC | ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44 |
| 0.74389412 LTC | ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w |
| 1.18439892 LTC | ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l |
| 0.73388364 LTC | ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq |
| 4.32506073 LTC | ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq |
| 2.53403713 LTC | ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae |
| 0.50234679 LTC | ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts |
| 0.52170887 LTC | ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey |
| 0.53101935 LTC | ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu |
| 0.58386395 LTC | ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n |
| 0.99347836 LTC | ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn |
| 0.30367165 LTC | ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas |
| 1.06218026 LTC | ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r |
| 4.39039214 LTC | ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq |
| 0.52299188 LTC | ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq |
| 0.25826233 LTC | ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx |
| 0.92836455 LTC | ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa |
| 0.20597733 LTC | ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3 |
| 0.32784561 LTC | ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2 |
| 0.1906743 LTC | ltc1qke62dt8dh475xdcxs990vt4cv2lwt8tn5yj45r |
| 0.13353863 LTC | ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0 |

14

| | |
|---|---|
| 0.79725189 LTC | ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0 |
| 0.1374513 LTC | ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8 |
| 0.33674137 LTC | ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku |
| 0.55227356 LTC | ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92 |
| 0.79308423 LTC | ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt |
| 0.16868499 LTC | ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h |
| 1.53860104 LTC | ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq |
| 0.76607054 LTC | ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn |
| 1.144259 LTC | ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp |
| 1.98911697 LTC | ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke |
| 4.84186369 LTC | ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33 |
| 0.88402349 LTC | ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0 |
| 0.23734555 LTC | ltc1qt92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3 |
| 0.36511538 LTC | ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc |
| 0.81021885 LTC | ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz |
| 0.47119552 LTC | ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e |
| 0.41205914 LTC | ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf |
| 1.62024864 LTC | ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u |
| 0.2482137 LTC | ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z |
| 0.53163336 LTC | ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv |
| 1.19107461 LTC | ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8 |
| 1.69870763 LTC | ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745 |
| 0.19707711 LTC | ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c |
| 0.87166752 LTC | ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5 |
| 0.42025829 LTC | ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5 |
| 0.80422847 LTC | ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr |
| 0.50268462 LTC | ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r |
| 2.6008778 LTC | ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc |
| 0.82249309 LTC | ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec |
| 1.90197138 LTC | ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus |
| 0.58761826 LTC | ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q |
| 0.73467286 LTC | ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc |
| 2.22724226 LTC | ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx |
| 1.38902919 LTC | ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp |
| 0.81181975 LTC | ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf |
| 0.71639278 LTC | ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda |
| 0.44463092 LTC | ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy |
| 6.703352 LTC | LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj |
| 0.51740189 LTC | LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12 |
| 9.57621714 LTC | LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15 |
| 3.54878005 LTC | LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z |
| 1.0 LTC | MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5 |
| 31.87221554 LTC | MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i |
| 43.68050477 LTC | MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J |
| 51,348.466929 XRP | rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc |
| 25,866.1516062 XLM | GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4V MPIRSAADXDZS32FMO |
| 0.0002000 XLM | GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNH KI5ZNZWAQNGED4QYKUT |

15

| | |
|---|---|
| 0.56143664 ZEC | t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT |
| 1.08718864 wBTC | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 25.82277282 wBTC | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 478.5856 LINK | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 3105.3 CRO | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 13.86939001 XMR | 4AZcj6sNCDGSej3qLsj63kjG8ftKSzZ3dgEwgvajJpNaM71WcRcMBD6etmkWBcxUntBhUMeuEUT6ZCt6TBxesma4HJqMbAo |
| 0.104089459715 XMR | 432RhANooCZYtN3EaQGv434ynQDFA9oMr28ifx4ucjuEQBRJkAdLmX8CBL6X8iWXZCRs3b1Bs9iWFKiT6k265DtNC7agg37 |
| 18.958526601531 XMR | 89LZ3Kzp36rfcBPdG73CxkeppTYBVT5QKApyksQdWdzydE8QHkdjwAY8wEs9yys8Hy4vjLVLd1uRtSsb1DjZBwSE2dk1rrZ |
| 47.313719520003 XMR | 43eRgpMFV7u2FN7hBwvMmGbHHJHdE4TJvPcW3WdiDgsmFTkKifTJ7F7WvL56b5XnUj5j19Kingr65PDkXV4are3F9F3aPcV |
| 0.00572822 XMR | 47jZE6Juw1HdRdXgQLGPauCL9zhDhTA9V2F2HfFM1nMNic7yzhR46mWNx5sJsa8eG5P61gPkqp1t71ougnU8SBbKJkcAUa3 |
| 37.29144 XTZ | tz1Pww3GvWpkSeFkzRv2oraLRXM2p9nswjKd |
| 46563.65 BAN | Ban_1upsn4y64uif9ezdez1164mmmkeqqczrzwywy8i9ondryg35o3sofxr5wa8j |
| 236.40 BAN | ban_3omsjwctouwddhmfo57x6knwqnuuwy6 oqnkrhoo6rawjbazn6w5twypsiwq |
| 175.13911699 BNB | bnb1rfd2yr3wf3xqmqdj5cyskhq0vuhge727kdj527 |
| 40282.57914443 HBAR | 0.0.85269 |
| 10.80637082 NANO | Nano_1ra33yydpdkgny4axr7yk6pke8cm6dtf3wszkqab7akxu446xpuikjs5mr3ak |
| 74078.53500000 VET | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 2348.83953368 VTHO | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 11092.26641731 DOT | 1EqBkL…jmmvbT |

All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID: 8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses:
- 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
- bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
- ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
- 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e.

A 2016 Tesla Model X- Wagon, VIN 5YJXCDE45GF026419;

A total of approximately $687,915.54 in United States currency seized from Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of Defendant James V. Barlow; and

The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

County of Adams, State of Colorado, described as follows:

SECT, TWN,RNG: 28-1-66 DESC: FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

Also known by street and number as: 13100 Cameron Drive, Brighton, CO 80603
Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.
Parcel Number: 0156928000007.

    Respectfully submitted,

    KENNETH L. PARKER
    United States Attorney


    s/Michael J. Hunter
    MICHAEL J. HUNTER (0076815)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Michael.Hunter@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify on this 21st day of November 2022, the foregoing Motion of the United States for a Preliminary Order of Forfeiture was filed and served on all attorneys of record using the Court's CM/ECF system.

                                                s/Michael J. Hunter
                                                MICHAEL J. HUNTER (0076815)
                                                Assistant United States Attorney