United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:21cr89-01

James Verl Barlow

COURTROOM MINUTES
Status Conference

| U.S. District Judge Sarah D. Morrison | | Date: 12/2/2022 at 12:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Michael Hunter |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steven Brown |
| | | | Chris Mishler |
| Interpreter | | Pretrial/Probation: | |
| Log In | 12:00 pm | Log Out | 12:20 p.m. |

The Court met with counsel to discuss the status of the forfeiture.
The Court will move the sentencing to 9:00 a.m. on 12/7/2022 and hold a Motions Hearing immediately following the sentencing.