United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                 Case No. 2:21-cr-89-1

James Verl Barlow

## COURTROOM MINUTES
### Forfeiture Hearing

| U.S. District Judge Sarah D. Morrison | | Date:  December 7, 2022 at 9:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Michael Hunter |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steve Brown, Chris Mishler |
| Interpreter | | Pretrial/Probation: | |
| Log In | 9:00 a.m. | Log Out | 10:30 a.m. |

Defense counsel Chris Mishler called James V. Barlow to the stand.

Barlow testified to Government Exhibit A.

Cross Examination by AUSA Michael Hunter.

Redirect by defense counsel.

AUSA Hunter called government witness Gregory Libow to the stand.

Libow testified to Government Exhibit A.

Cross Examination by defense counsel Mishler.

Redirect by AUSA Hunter.

Both parties gave closing arguments and rested.

The Court will issue an order on the unresolved forfeiture allegations in due course.