United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:21-cr-89-1

James Verl Barlow

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: December 7, 2022 at 9:30 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Michael Hunter |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steve Brown, Chris Mishler |
| Interpreter | | Pretrial/Probation: | |
| Log In | 10:40 a.m. | Log Out | 11:15 a.m. |

Defendant sentenced to a term of 36 months imprisonment on counts 1 and 2 to be served concurrently.

3 years of supervised release on counts 1 and 2 to be served concurrently.

A fine of $30,000 is imposed.

Forfeiture of the outlined property will be imposed, and an order will be issued in due course.

Special Assessment of $200.

Defendant remanded to the custody of the USMS.