IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | 2:21-cr-089 |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| JAMES V. BARLOW, | : | |
| Defendant. | : | |

### AMENDED ORDER OF FORFEITURE

I. **BACKGROUND**

   A. **Defendant James V. Barlow pleaded guilty to one count of Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue and one count of Conspiracy to Commit Money Laundering**

On May 18, 2021, a grand jury returned an indictment charging Defendant James V. Barlow and others with one count of Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue. (ECF No. 14.) The indictment further contained an allegation of forfeiture with respect to Mr. Barlow. (*Id.*) Six months later, Mr. Barlow pleaded guilty to a Superseding Bill of Information (ECF No. 71) charging one count of Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue and one count of Conspiracy to Commit Money Laundering, and making a forfeiture allegation. (Plea, ECF No. 72.) As to the forfeiture allegation, Mr. Barlow's Plea Agreement provides:

> 8. Forfeiture: The Defendant agrees to voluntarily surrender for forfeiture to the United States all of his right, title and interest in the property identified in the Forfeiture Allegation of the Superseding Information, and more particularly described in this Plea Agreement in Attachment C. The Defendant acknowledges and agrees that this property, collectively "the subject property," constitutes, or was derived from, proceeds he obtained, directly or indirectly, as a result of the violations of 21 U.S.C. § 841 and 21 U.S.C. § 846 as alleged in Count One of the Superseding Information to which he has

>    agreed to plead guilty, and/or is property he used, or intended to use, in any
>    manner or part, to commit, or to facilitate the commission of such violations,
>    and is therefore subject to forfeiture in accordance with 21 U.S.C. § 853(a)(l)
>    and (2), and/or is property, real or personal, involved in the violation of 18
>    U.S.C. § 1956(h) as alleged in Count Two of the Superseding Information to
>    which he has agreed to plead guilty, or is property traceable to such property,
>    and is therefore subject to forfeiture in accordance with 18 U.S.C. § 982(a)(l).
>
> . . .
>
> 10. The Defendant agrees to the entry of any orders necessary to complete the
>     forfeiture of the subject property described herein. The parties further agree
>     that if the Defendant has any evidence that any portion of the subject property
>     is unrelated to the illegal activity to which he has agreed to plead guilty, he
>     will present such evidence to the United States for review no later than 30-
>     days prior to the sentencing set in his case.

(*Id.*, 4.)

Mr. Barlow's sentencing was initially set for August 2, but later re-set for December 7, 2022. (ECF Nos. 129, 148, 166.)

### B. Mr. Barlow opposed the Government's Motion for Preliminary Order of Forfeiture.

On November 21, 2022, the Government filed a Motion seeking an order of forfeiture directing Mr. Barlow to forfeit all of his right, title, and interest in assorted cryptocurrency, a Tesla, United States currency seized from a Wealthfront Brokerage LLC account, and a piece of Real Property which is more particularly described in the Motion. (ECF No. 172.) Mr. Barlow filed a Response objecting to the forfeiture of the subject Real Property and a portion of the cryptocurrency identified in the Government's Motion, asserting that the identified assets were acquired using cryptocurrency that he obtained prior to the drug conspiracy and are therefore clean assets and not subject to forfeiture. (ECF No. 175.) Mr. Barlow further asserted that an additional portion of the cryptocurrency identified by the Government should not be subject to forfeiture in this case because it belongs to third parties who were not involved in the drug conspiracy. (*Id.*) The Government filed a Reply asserting that the assets identified for forfeiture

in this case are subject to forfeiture under two theories: (i) as proceeds derived from, or traceable to, the illegal drug conspiracy to which Mr. Barlow has pleaded guilty and (ii) because they were involved in the illegal activity and/or the money laundering violations – having been comingled in wallets used by Mr. Barlow as part of his drug conspiracy. (ECF No. 181.) The Government further argues that Mr. Barlow cannot object to the entry of a forfeiture order on behalf of a third party because "[t]he court must enter the [preliminary] order without regard to any third party's interest in the property" and "[d]etermining whether a third party has such an interest must be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c)." Fed. R. Crim. P. 32.2(b)(2)(A).

### C. The Court entered an Agreed Preliminary Order of Forfeiture generally describing the subject property.

Because the property subject to forfeiture was in dispute prior to sentencing, in accordance with 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court entered an Agreed Preliminary Order of Forfeiture (ECF No. 186) on December 6, 2022, generally describing the property subject to forfeiture in this case and ordering Mr. Barlow to forfeit to the United States the following:

a. All property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of 21 U.S.C. §§ 841 and 846 as alleged in the Superseding Information to which Defendant James V. Barlow has plead guilty, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, in accordance with 21 U.S.C. § 853(a)(l) and (2); and

b. All property, real or personal, involved in the violation of 18 U.S.C. § 1956(h) as alleged in the Superseding Information to which Defendant James V. Barlow has plead guilty, or any property traceable to such property, in accordance with 18 U.S.C. § 982(a)(l).

On December 7, 2022, the Court held Mr. Barlow's sentencing hearing and, in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, notified the defendant that forfeiture will be part of the sentence imposed upon him in this case. (ECF No. 190.)

> **D.  The Court held a hearing on the forfeiture issue, at which each party offered evidence and argument.**

On December 7, 2022, the Court also held a hearing on the forfeiture in this case. (Doc. 191.) Because, under the terms of the Plea Agreement, he undertook the burden of presenting evidence "that any of the subject property is unrelated to the illegal activity to which he has agreed to plead guilty," the Court heard Mr. Barlow's evidence first. The evidence consisted of Mr. Barlow's sworn testimony that, to the best of his recollection, certain assets were purchased with "clean" cryptocurrency and that, in his opinion, his "clean" cryptocurrency was not comingled with the proceeds of his illegal activities. Mr. Barlow withdrew his argument asserting third-party rights, agreeing with the Government that those issues should be deferred to the ancillary proceeding. The Government then presented sworn testimony by Agent Greg Libow, a lead investigator on Mr. Barlow's case. Through Mr. Libow, the Government offered a graphic showing the flow of cryptocurrency through and between various wallets, mixing services, and at least one smart contract. The graphic shows cryptocurrency moving, directly or indirectly, from the drug trafficking organization's wallet to Mr. Barlow's personal wallet.

## II.  FINDINGS

Upon consideration of the argument, testimony, and evidence presented at the hearing, and the record of this case, the Court hereby finds that:

    a.  Defendant James V. Barlow is guilty of violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846, Conspiracy to Possess with Intent to Distribute Psychedelic

4

        Mushroom Analogue, and 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering;

b.     Defendant James V. Barlow personally obtained proceeds as a result of his participation in the Conspiracy to Possess with Intent to Distribute Psychedelic Mushroom Analogue in the form of cryptocurrency;

c.     As part of this conspiracy, Defendant James V. Barlow knowingly moved these cryptocurrency proceeds through cryptocurrency mixing services with the intent to conceal or disguise the nature, location, source, ownership, and/or control of these proceeds;

d.     As part of this conspiracy, Defendant James V. Barlow also knowingly caused the cryptocurrency proceeds to be deposited into wallets held in the name(s) of others with the intent to conceal or disguise the nature, location, source, ownership, and/or control of these proceeds;

e.     As part of this conspiracy, Defendant James V. Barlow comingled cryptocurrency that he obtained prior to his involvement in the instant drug conspiracy with cryptocurrency that he obtained, directly or indirectly, from his involvement in the instant drug conspiracy;

f.     Defendant James V. Barlow used cryptocurrency from the comingled wallet to acquire the subject Real Property and assorted cryptocurrency;

g.     In accordance with 18 U.S.C. § 982(a)(1), "[t]he court, in imposing sentence on a person convicted of an offense in violation of section 1956, 1957, or 1960 of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property";

5

h. In accordance with 21 U.S.C. § 853(a)(1) and (2), "[a]ny person convicted of a violation of [21 U.S.C. § 841 and/or 21 U.S.C. § 846] punishable by imprisonment for more than one year shall forfeit to the United States … (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of such violation; [and] (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation …";

i. The record of this case establishes that the property identified for forfeiture, as more particularly described in the Government's November 21, 2022 Motion for a Preliminary Order of Forfeiture (ECF No. 172), constitutes, or was derived from, proceeds that Defendant James V. Barlow obtained, directly or indirectly, as a result of his violation of 21 U.S.C. §§ 841 and 846, and/or is property that he used, or intended to use, in any manner or part, to commit, or to facilitate the commission of such violation, and is therefore subject to forfeiture to the United States in accordance with 21 U.S.C. § 853(a)(l) and (2); and

j. The record of this case establishes that the property identified for forfeiture , as more particularly described in the Government's November 21, 2022 Motion for a Preliminary Order of Forfeiture (ECF No. 172), is also property, real or personal, that was involved in the violation of 18 U.S.C. § 1956(h), or is property traceable to such property, and is therefore also subject to forfeiture to the United States in accordance with 18 U.S.C. § 982(a)(l).

Therefore, the Court finds that the requisite nexus exists between the subject property identified in this Amended Order of Forfeiture and the violations of 18 U.S.C. § 1956(h) and 21

U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846 of which Defendant James V. Barlow has been adjudicated guilty and that such subject property is forfeitable under 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a)(1) and (2).

### III.    ORDER OF FORFEITURE

It is hereby **ORDERED, ADJUDGED, AND DECREED** that**:**

1. Defendant James V. Barlow shall forfeit to the United States, in accordance with 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a)(1) and (2), the subject property, that is:

   a. The following cryptocurrency seized from wallets owned by Defendant James V. Barlow:

| Amount of Cryptocurrency | Wallet Address |
| --- | --- |
| 0.07692270 BTC[1] | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132820 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289894 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |

---

[1] BTC = Bitcoin cryptocurrency.

7

| | |
|---|---|
| 0.01000000 BCH[2] | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 2.824863 ADA[3] | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw |
| 15 ADA | addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8 |
| 449981.826359 ADA | addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf |
| 20639.2 ADA | addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w |
| 245362.39218 ADA | addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99 |
| 3033.687717 ADA | stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c |
| 512.288229 ADA | addr1q97qzext0uhv8dtjhxwgh6negygfc0xjqajs trrysnpymmtuq9 jvklewcw6h9wvu3048jsgsns7dypm9qkxxfpxzfhksy8utrs |
| 283998.826359 ADA | addr1q9qnwh8lnljp3px6xglurlrmusk5yuf8sd29242k7hekkx9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesypvlhq |
| 0.2833130737777777 ETH[4] | 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4f7aa80911 |
| 0.927160225 ETH | 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993 |
| 22.176731417442724858 ETH | 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6 |
| 0.298443892 ETH | 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3 |
| 0.92960739 ETH | 0xfe7fe5931b71df73ce363833fde43635bd0d95c0 |
| 0.000861 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.91633964 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.41636360 LTC[5] | ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z |
| 0.58600860 LTC | ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw |
| 0.34487135 LTC | ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0 |
| 0.56006237 LTC | ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx |
| 0.88459934 LTC | ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r |
| 0.91952218 LTC | ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu |
| 0.56227148 LTC | ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven |
| 0.33931910 LTC | ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg |
| 0.37162809 LTC | ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5 |
| 0.19583067 LTC | ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl |
| 1.10739813 LTC | ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8 |
| 0.36320907 LTC | ltc1qxyxnh02asu2f9wgsl23gcjk7706y57pt0mwmgd |
| 0.41826473 LTC | ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5 |
| 0.27204643 LTC | ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t |
| 1.09294355 LTC | ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f |

---

[2] BCH = Bitcoin Cash cryptocurrency.
[3] ADA = Cardano cryptocurrency.
[4] ETH = Ethereum cryptocurrency.
[5] LTC = Litecoin cryptocurrency.

| | |
|---|---|
| 0.20045406 LTC | ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq |
| 0.75388269 LTC | ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t |
| 0.20014188 LTC | ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw |
| 0.33779804 LTC | ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx |
| 1.04211985 LTC | ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp |
| 1.67961317 LTC | ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew |
| 0.44415705 LTC | ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq |
| 0.42798064 LTC | ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx |
| 0.65296509 LTC | ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l |
| 1.05977784 LTC | ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc |
| 0.45100106 LTC | ltc1qyvj6zg2hln8xz5n9smqyvgyezgyswqpeazc4t8 |
| 0.70967696 LTC | ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue |
| 1.00104407 LTC | ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8 |
| 0.92026856 LTC | ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he |
| 0.24489698 LTC | ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm |
| 2.28616509 LTC | ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0 |
| 0.53705138 LTC | ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78 |
| 0.52888303 LTC | ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge |
| 0.37458894 LTC | ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks |
| 0.36083423 LTC | ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q |
| 0.47531830 LTC | ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz |
| 2.45368155 LTC | ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m |
| 0.1620682 LTC | ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul |
| 3.42672983 LTC | ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe |
| 0.70468502 LTC | ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn |
| 0.6562565 LTC | ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7 |
| 0.87461662 LTC | ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff |
| 0.37512686 LTC | ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9 |
| 2.37878077 LTC | ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78 |
| 0.83781655 LTC | ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982 |
| 1.19777381 LTC | ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s |
| 0.59431798 LTC | ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr |
| 1.39798628 LTC | ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h |
| 0.515765 LTC | ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e |
| 1.22855165 LTC | ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l |
| 0.46136831 LTC | ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg |
| 1.32032164 LTC | ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx |
| 1.16635605 LTC | ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9 |
| 1.28292257 LTC | ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu |
| 0.12038482 LTC | ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38 |
| 1.11039152 LTC | ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz |
| 0.56216817 LTC | ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3 |
| 2.44654885 LTC | ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm |
| 2.52581638 LTC | ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7 |
| 1.97347803 LTC | ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa |
| 0.45952312 LTC | ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw |
| 1.11306956 LTC | ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx |
| 0.52641781 LTC | ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz |
| 0.98905508 LTC | ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634 |

| | |
|---|---|
| 0.22985719 LTC | ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln |
| 0.7723052 LTC | ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4 |
| 0.55066674 LTC | ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc |
| 1.26863105 LTC | ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97 |
| 0.17468682 LTC | ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn |
| 1.4080863 LTC | ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr |
| 0.24832438 LTC | ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f |
| 0.2199638 LTC | ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx |
| 0.85086981 LTC | ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd |
| 0.9022037 LTC | ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44 |
| 0.74389412 LTC | ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w |
| 1.18439892 LTC | ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l |
| 0.73388364 LTC | ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq |
| 4.32506073 LTC | ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq |
| 2.53403713 LTC | ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae |
| 0.50234679 LTC | ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts |
| 0.52170887 LTC | ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey |
| 0.53101935 LTC | ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu |
| 0.58386395 LTC | ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n |
| 0.99347836 LTC | ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn |
| 0.30367165 LTC | ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas |
| 1.06218026 LTC | ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r |
| 4.39039214 LTC | ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq |
| 0.52299188 LTC | ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq |
| 0.25826233 LTC | ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx |
| 0.92836455 LTC | ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa |
| 0.20597733 LTC | ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3 |
| 0.32784561 LTC | ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2 |
| 0.1906743 LTC | ltc1qke62dt8dh475xdcxs990vt4cv2lwt8tn5yj45r |
| 0.13353863 LTC | ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0 |
| 0.79725189 LTC | ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0 |
| 0.1374513 LTC | ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8 |
| 0.33674137 LTC | ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku |
| 0.55227356 LTC | ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92 |
| 0.79308423 LTC | ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt |
| 0.16868499 LTC | ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h |
| 1.53860104 LTC | ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq |
| 0.76607054 LTC | ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn |
| 1.144259 LTC | ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp |
| 1.98911697 LTC | ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke |
| 4.84186369 LTC | ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33 |
| 0.88402349 LTC | ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0 |
| 0.23734555 LTC | ltc1qt92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3 |
| 0.36511538 LTC | ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc |
| 0.81021885 LTC | ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz |
| 0.47119552 LTC | ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e |
| 0.41205914 LTC | ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf |
| 1.62024864 LTC | ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u |
| 0.2482137 LTC | ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z |

10

| | |
|---|---|
| 0.53163336 LTC | ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv |
| 1.19107461 LTC | ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8 |
| 1.69870763 LTC | ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745 |
| 0.19707711 LTC | ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c |
| 0.87166752 LTC | ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5 |
| 0.42025829 LTC | ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5 |
| 0.80422847 LTC | ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr |
| 0.50268462 LTC | ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r |
| 2.6008778 LTC | ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc |
| 0.82249309 LTC | ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec |
| 1.90197138 LTC | ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus |
| 0.58761826 LTC | ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q |
| 0.73467286 LTC | ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc |
| 2.22724226 LTC | ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx |
| 1.38902919 LTC | ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp |
| 0.81181975 LTC | ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf |
| 0.71639278 LTC | ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda |
| 0.44463092 LTC | ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy |
| 6.703352 LTC | LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj |
| 0.51740189 LTC | LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12 |
| 9.57621714 LTC | LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15 |
| 3.54878005 LTC | LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z |
| 1.0 LTC | MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5 |
| 31.87221554 LTC | MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i |
| 43.68050477 LTC | MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J |
| 51,348.466929 XRP[6] | rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc |
| 25,866.1516062 XLM[7] | GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4V MPIRSAADXDZS32FMO |
| 0.0002000 XLM | GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNH KI5ZNZWAQNGED4QYKUT |
| 0.56143664 ZEC[8] | t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT |
| 1.08718864 wBTC[9] | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 25.82277282 wBTC | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 478.5856 LINK[10] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 3105.3 CRO[11] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 13.86939001 XMR[12] | 4AZcj6sNCDGSej3qLsj63kjG8ftKSzZ3dgEwgvajJpNaM71WcRc MBD6etmkWBcxUntBhUMeuEUT6ZCt6TBxesma4HJqMbAo |
| 0.104089459715 XMR | 432RhANooCZYtN3EaQGv434ynQDFA9oMr28ifx4ucjuEQBRJ kAdLmX8CBL6X8iWXZCRs3b1Bs9iWFKiT6k265DtNC7agg37 |
| 18.958526601531 XMR | 89LZ3Kzp36rfcBPdG73CxkeppTYBVT5QKApyksQdWdzydE8QH kdjwAY8wEs9yys8Hy4vjLVLd1uRtSsb1DjZBwSE2dk1rrZ |
| 47.313719520003 XMR | 43eRgpMFV7u2FN7hBwvMmGbHHJHdE4TJvPcW3WdiDgsm |

---

[6] XRP = Ripple Coin cryptocurrency.

[7] XLM = Stellar Lumens cryptocurrency.

[8] ZEC = Zcash cryptocurrency.

[9] wBTC = Wrapped Bitcoin cryptocurrency.

[10] LINK = Chainlink cryptocurrency (Ethereum token).

[11] CRO = Crypto.com Chain cryptocurrency (token).

[12] XMR = Monero cryptocurrency.

|  | FTkKifTJ7F7WvL56b5XnUj5j19Kingr65PDkXV4are3F9F3aPcV |
|---|---|
| 0.00572822 XMR | 47jZE6Juw1HdRdXgQLGPauCL9zhDhTA9V2F2HfFM1nMNic7yzhR46mWNx5sJsa8eG5P61gPkqp1t71ougnU8SBbKJkcAUa3 |
| 37.29144 XTZ[13] | tz1Pww3GvWpkSeFkzRv2oraLRXM2p9nswjKd |
| 46563.65 BAN[14] | Ban_1upsn4y64uif9ezdez1164mmmkeqqczrzwywy8i9ondryg35o3sofxr5wa8j |
| 236.40 BAN | ban_3omsjwctouwddhmfo57x6knwqnuuwy6 oqnkrhoo6rawjbazn6w5twypsiwq |
| 175.13911699 BNB[15] | bnb1rfd2yr3wf3xqmqdj5cyskhq0vuhge727kdj527 |
| 40282.57914443 HBAR[16] | 0.0.85269 |
| 10.80637082 NANO | Nano_1ra33yydpdkgny4axr7yk6pke8cm6dtf3wszkqab7akxu446xpuikjs5mr3ak |
| 74078.53500000 VET[17] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 2348.83953368 VTHO[18] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 11092.26641731 DOT[19] | 1EqBkL…jmmvbT |

    b.     All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID: 8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses:
- 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
- bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
- ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
- 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e.

    c.     A 2016 Tesla Model X- Wagon, VIN 5YJXCDE45GF026419;

    d.     A total of approximately $687,915.54 in United States currency seized from Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of Defendant James V. Barlow; and

    e.     The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

County of Adams, State of Colorado, described as follows:

---

[13] XTZ = Tezos cryptocurrency (token).
[14] BAN = Banano cryptocurrency.
[15] BNB = Binance Coin cryptocurrency.
[16] HBAR = Hedera cryptocurrency.
[17] VET = VeChain cryptocurrency (token).
[18] VTHO = VeChainThor Energy cryptocurrency (Ethereum token).
[19] DOT = Polkadot cryptocurrency (token).

      SECT, TWN,RNG:  28-1-66 DESC:  FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

      NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

      Also known by street and number as:  13100 Cameron Drive, Brighton, CO 80603
      Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.
      Parcel Number:  0156928000007.

2. The designated agent with the U.S. Department of Homeland Security and/or the Internal Revenue Service shall immediately seize the subject property and hold same in his secure custody and control.

3. The United States is authorized to conduct any discovery proper in identifying, locating or disposing of the subject property in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. In accordance with 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b), and Fed. R. Crim. P. 32.2(b)(6), the United States shall publish notice of this Order and of its intent to dispose of the subject property in such manner as the Attorney General may direct. The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

5. Within 30 days of the issuance of this Order, Defendant James V. Barlow shall provide the United States Attorney's Office with the full name, telephone number and/or email address, and last known address for any third party he asserts may have an interest in the cryptocurrency and/or wallets that are identified in this forfeiture order.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Amended Order of Forfeiture is final as to Defendant James V. Barlow and is hereby included in the Judgment and Commitment Order issued by this Court.

7. Following the Court's disposition of all petitions filed in accordance with 21 U.S.C. § 853(n), or, if no such petitions are filed, following the expiration of the period for the filing of such petitions, the United States shall have clear title to the subject property.

8. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**