TO: Office of the Clerk
Joseph P. Kinneary US Courthouse
Room 121
85 Marconi Blvd
COLUMBUS OH 43215

From: James V. Barlow
c/o Faune Thurman (sister)
4460 Moulton Cir
WEST VALLEY CITY UT 84120

Tel: 801-918-4029

Notice of intent to appeal

This memorandum is to inform the court that the undersigned JAMES VERL BARLOW wishes to APPEAL the FORFEITURE decision of case 2:21-CR-089.

I do not have an attorney, and respectfully request that one be appointed by the court.

In the meantime, all correspondence on this matter can be directed through my sister FAUNE THURMAN (address listed above).

*James V. Barlow*
James V. Barlow
SFC US ARMY (Ret.)

James Verl Barlow
Franklin County Correctional Facility II
2460 Jackson Pike
Columbus OH 43223

Office of the Clerk
Joseph P. Kinneary US Courthouse Room 121
85 Marconi Blvd
COLUMBUS OH 43215

COLUMBUS OH 430
3 JAN 2023 PM 2 L

43215-282346