AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:21-CR-089(1) |
| JAMES VERL BARLOW | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, United States of America.

Date: 01/27/2023

s/Joseph M. McCandlish
*Attorney's signature*

Joseph M. McCandlish (0073775)
*Printed name and bar number*

Assistant United States Attorney
303 Marconi Blvd, Suite 200
Columbus, OH 43215
*Address*

Joseph.McCandlish@usdoj.gov
*E-mail address*

(614) 469-5715
*Telephone number*

(614) 469-5240
*FAX number*