IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.       : CASE NO: 2:21-CR-089(1)

**James Verl Barlow,**
**SSN: \*\*\*-\*\*-8754**

        **Defendant.**

        **and**

**eTrade Securities LLC,**

        **Garnishee.**

## APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

The United States of America, by and through its representative the United States Attorney for the Southern District of Ohio, for its cause of action alleges:

1. Plaintiff, United States of America, pursuant to 28 U.S.C. § 3205(b)(1), requests the issuance of a Writ of Continuing Garnishment against certain property of Defendant, James Verl Barlow ("Defendant"), which is (or may become) in the possession, custody or control of eTrade Securities LLC, ("Garnishee"), for satisfaction of the monies owed by Defendant to the United States due to the judgment entered against the Defendant in the above-captioned case.

2. This debt arises from the December 7, 2022 judgment entered against Defendant in Case No. 2:21-CR-089(1). The amount of the debt that remains unpaid and due and owing is: $30,200.00 ($30,200.00 principal and $0.00 interest) as of January 6, 2023, with additional interest accruing thereafter at the rate of 0.0 percent per annum.

3. Defendant's last known address is: 1409 Bonita Avenue, Las Vegas, NV  89104.

4. Not less than 30 days has elapsed since demand for payment was made upon Defendant. The last demand notice for payment was December 22, 2022. Since that time, Defendant has failed to pay the total amount due.

5. Garnishee is believed to have possession of property in which Defendant has a substantial nonexempt interest, and will owe the money or property to Defendant.

6. The name and address of the Garnishee or its authorized agent is:
   eTrade Securities LLC
   Attn: Legal Process
   Harborside 2
   200 Hudson Street, Suite 501
   Jersey City, NJ 07311

The requirements of 28 U.S.C. § 3205(b) having been satisfied, the United States hereby requests the issuance of a Writ of Continuing Garnishment.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/Joseph M. McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
Fax: (614) 469-5240
Joseph.McCandlish@usdoj.gov

## **CERTIFICATE OF SERVICE**

    A true copy of the above and foregoing Application for a Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 27th day of January, 2023, to:

James Verl Barlow, #41278-509
c/o Oklahoma FCI
PO Box 898802
Oklahoma City, OK  73189-8802

eTrade Securities LLC
Attn: Legal Process
Harborside 2
200 Hudson Street, Suite 501
Jersey City, NJ 07311

                                              /s/Joseph M. McCandlish
                                              JOSEPH M. MCCANDLISH (0073775)
                                              Assistant United States Attorney