**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

         **Plaintiff,**

       **v.**               **: CASE NO: 2:21-CR-089(1)**

**James Verl Barlow,**
**SSN: ***-**-8754**

         **Defendant.**

         **and**

**eTrade Securities LLC,**

         **Garnishee.**

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

DATE: 2-1-23

_____
UNITED STATES DISTRICT JUDGE