# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/08/2023.

**Case Name:** USA v. James Barlow
**Case Number:** 23-3018

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [6935880-2] filed by Mr. Christopher S. Mishler..

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

James Verl Barlow
FPC Yankton
P.O. Box 700
Yankton, SD 57078

**A copy of this notice will be issued to:**

Mr. Steven Martin Brown
Mr. Christopher S. Mishler
Mr. Richard W. Nagel
Ms. Kimberly Robinson

No. 23-3018

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 8, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JAMES VERL BARLOW, ) | |
| ) | |
| Defendant-Appellant. ) | |

The defendant appeals the district court's judgment and amended forfeiture order following his guilty plea to conspiracy to possess with intent to distribute a controlled substance analogue and conspiracy to commit money laundering. Consistent with this court's rules, the clerk continued the defendant's retained counsel for purposes of appeal. *See* 6 Cir. R. 12(c)(1). Counsel has taken no action in furtherance of the appeal and now moves to withdraw.

The motion to withdraw is GRANTED, and counsel is hereby removed from this appeal and relieved of all further responsibility on appeal. The defendant may retain a new attorney. If he cannot afford an attorney or, if he seeks the appointment of counsel, he may apply to the district court for leave to proceed on appeal in forma pauperis. The court will communicate with the defendant directly regarding the process for applying to the district court for pauper status.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk