**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

DEBORAH S. HUNT
CLERK

TELEPHONE
(513) 564-7000

February 8, 2023

James Verl Barlow #41278-509
FPC Yankton
Federal Prison Camp
P.O. Box 700
Yankton, SD  57078

Re: Case No. 23-3018, *United States of America v. Barlow*

Dear Mr. Barlow:

In January 2023, you filed a notice of appeal from the criminal judgment and amended order of forfeiture in your case.  An appeal was opened in this court, and Attorneys Christopher Mishler and Steven Brown were noted as your retained counsel for purposes of appeal, consistent with this court's rules and practices.  This court's rules also require counsel to assist you in moving for pauper status if you cannot afford to pay the $505 appellate filing fee and to retain counsel for purposes of appeal.  To date, Mr. Mishler and Mr. Brown have taken no action in furtherance of the appeal and moved to withdraw.  An order was entered with today's date relieving them from further responsibility in this appeal.

If you wish to proceed with the appeal, but do not have financial resources either to pay the filing fee or pay for an attorney for appeal, you may ask for permission to proceed on appeal as a pauper.  If the district court grants your motion, the filing fee will be waived and counsel will be appointed for you.  If the district court denies your motion, you will be permitted to renew your motion in this court.

**If you decide to pursue pauper status, complete and sign the enclosed blank motion and financial affidavit and return the completed documents to the district court as soon as possible.**  In the absence of any further action or response, this appeal may be dismissed for want of prosecution.

You can reach the district court at the following address:

United States District Court
Southern District of Ohio
Attn: Clerk's Office
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Room 121
Columbus, OH  43215

Sincerely,
s/ Julie Cobble
Chief Deputy Clerk

Encs.

cc:	Kimberly Robinson, Office of the U.S. Attorney
	Christopher S. Mishler, Esq.
	Steven Martin Brown, Esq.
	Clerk, United States District Court, Southern District of Ohio

| CJA 23 (Rev. 11/11) | # FINANCIAL AFFIDAVIT  IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____

FOR _____

AT _____

LOCATION NUMBER _____

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge _____
District Court _____
Court of Appeals _____

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOY-MENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____  How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☐ No
**IF YES,** how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
**IF YES,** give the amount received and identify the sources

RECEIVED          SOURCES
$ _____  _____
$ _____  _____
$ _____  _____

**CASH**  Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
**IF YES,** give value and description for each

VALUE              DESCRIPTION
$ _____  _____
$ _____  _____
$ _____  _____
$ _____  _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____                    _____
SIGNATURE OF DEFENDANT                               Date
*(OR PERSON REPRESENTED)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.                                Case No: 2:21-cr-89-1

JAMES VERL BARLOW,

    DEFENDANT.

## MOTION FOR PAUPER STATUS

    I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

    The issues which I wish to raise on appeal are:

_____

_____

_____.

I believe I am entitled to redress on these issues.

Signed: _____      Date: _____

Address: _____