UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.                          Case No: 2:21-cr-89-1

JAMES VERL BARLOW,
    DEFENDANT.

MOTION FOR PAUPER STATUS *& request representation*

    I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

    The issues which I wish to raise on appeal are:

*Certain items of forfeited property did not, in fact, have provenience from illicit funds.*

I believe I am entitled to redress on these issues.

Signed: *James Barlow*      Date: *9 Mar 2023*

Address: *FPC Yankton*
*Federal Prison Camp*
*PO Box 700*
*YANKTON, SD 57078*

CJA 23

**CJA 23** (Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☑ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF: United States v. Barlow
FOR: Sixth Circuit Court of Appeals
AT:

LOCATION NUMBER:

PERSON REPRESENTED *(Show your full name)*: James Verl Barlow

- 1 ☐ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☑ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Supervised Release Violator
- 5 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge:
District Court: 2:21-cr-89-1
Court of Appeals: 23-3018

CHARGE/OFFENSE *(describe if applicable & check box →)* ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
- Name and address of employer:
- IF YES, how much do you earn per month? $
- IF NO, give month and year of last employment?
- How much did you earn per month? $
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, give the amount received and identify the sources:
- RECEIVED: $130/mo — SOURCES: VA Disability (NO LONGER AVAILABLE)
- $900/mo — DeFi Yield Farming (NO LONGER AVAILABLE)

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, give value and description for each:
- VALUE: $21,932 — DESCRIPTION: IRA (Frozen, Garnished)
- $~2,000 — Cryptocurrencies (FROZEN)
- $35,000 — Vehicle: Promaster Van
- $13,000 — 0.09 acres of forest in WA

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ Single / Married / Widowed / Separated or Divorced
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Loan for legal fees | $50,000 | $ |
| District Court Fine + Fees | $30,200 | $ |
| Misc Bills | $ | $ ~200 |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

*James Barlow* — SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

9 Mar 2023 — Date

Name: James Barlow
REG#: 41278-509
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078

**RECEIVED**
MAR 13 2023
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

SIOUX FALLS SD 570
10 MAR 2023 PM 2 L

United States District Court
Southern District of OHIO
Attn: Clerk's Office
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd, Room 121
COLUMBUS, OH 43215

43215-282346

