# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 30, 2023

Ms. Marisa Larrick Serrat
Law Offices
55 Public Square
Suite 1275 Illuminating Building
Cleveland, OH 44114

Re: Case No. 23-3018, *USA v. James Barlow*
Originating Case No. : 2:21-cr-00089-1

Dear Counsel,

   This confirms your appointment to represent the defendant in the above appeal under the Criminal Justice Act, 18 U.S.C. § 3006A.

   You must file your appearance form and order transcript within 14 days of this letter.  The appearance form and instructions for the transcript order process can be found on this court's website.  Please note that transcript ordering in CJA-eligible cases is a two-part process, requiring that you complete both the financing of the transcript (following the district court's procedures) and ordering the transcript (following the court of appeals' docketing procedures).  Additional information regarding the special requirements of financing and ordering transcripts in CJA cases can be found on this court's website at http://www.ca6.uscourts.gov/criminal-justice-act under "Guidelines for Transcripts in CJA Cases."

   Following this letter, you will receive a notice of your appointment in the eVoucher system.  That will enable you to log into the eVoucher system and track your time and expenses in that system.  To receive payment for your services at the close of the case you will submit your voucher electronically via eVoucher.  Instructions for using eVoucher can be found on this court's website.  Your voucher must be submitted electronically no later than 45 days after the final disposition of the appeal.  *No further notice will be provided that a voucher is due*.  Questions regarding your voucher may be directed to the Clerk's Office at 513-564-7041.

    Finally, if you become aware that your client has financial resources not previously disclosed or is no longer eligible for appointed counsel under the Criminal Justice Act, please contact the Clerk or Chief Deputy for guidance.

                                                          Sincerely yours,

                                                          s/Ken Loomis  
                                                          Administrative Deputy  
                                                          Direct Dial No. 513-564-7067

cc:  Mr. James Verl Barlow  
      Ms. Michelle R. Lambert  
      Mr. Richard W. Nagel  
      Ms. Kimberly Robinson