**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                         **Plaintiff,** | ) | |
| | ) | |
|                          vs. | ) | |
| | ) | |
| **JAMES VERL BARLOW,** | ) | CASE NO: 2:21-CR-089(1) |
| SSN: \*\*\*-\*\*-8754 | ) | |
|                         **Defendant,** | ) | |
| | ) | |
|                         **and** | ) | |
| | ) | |
| **ETRADE SECURITIES LLC,** | ) | |
| | ) | |
|                         **Garnishee.** | ) | |

**<u>CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
AND ON GARNISHEE</u>**

On February 3, 2023, I caused to be mailed, by certified mail, return receipt requested, to the Defendant, James Verl Barlow, #41278-509, c/o Oklahoma FCI, P.O. Box 898802, Oklahoma City, OK 73189-8802.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

     5.     Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on February 7, 2023. (Exhibit A).

On February 2, 2023, I caused the following to be mailed, by certified mail, return receipt requested to Garnishee, eTrade Securities LLC, Attn: Legal Process, Harborside 2, 200 Hudson St, Suite 501, Jersey City, NJ 07311.

1. Application for Writ of Continuing Garnishment;
2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.
3. Writ of Continuing Garnishment;
4. Instructions to the Garnishee;
5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.
6. Answer of the Garnishee, for Garnishee to complete.

Attached hereto is a copy of the usps.gov delivery confirmation page evidencing the receipt of said mailings on February 6, 2023. (Exhibit B).

Further, although Garnishee's completed Answer did not make its way to the Court's docket, Counsel for Plaintiff received his copy, notarized February 27, 2023.  A copy is attached hereto as Exhibit C.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/Joseph M. McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
Fax: (614) 469-5240
Joseph.McCandlish@usdoj.gov

**CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Certificate of Service on Judgment Debtor and on Garnishee was electronically filed with the Clerk of the Court using the CM/ECF system, and mailed by first class mail, postage prepaid, this 3rd day of May 2023, to the following:

James Verl Barlow, #41278-509
c/o Oklahoma FCI
P.O. Box 898802
Oklahoma City, OK 73189-8802

/s/Joseph M. McCandlish
JOSEPH M. MCCANDLISH (0073775)
Assistant United States Attorney