**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Postmark Here
2/2/23
OK 73189-8802

Sent To: *James Verl Barlow #41278-509*
Street and Apt. No., or PO Box No.: *c/o Oklahoma FCI*
City, State, ZIP+4®: *PO Box 898802 Oklahoma City*

7021 0350 0000 7719 6761

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*James Verl Barlow #41278-509*
*c/o Oklahoma FCI*
*PO Box 898802*
*Oklahoma City, OK 73189-8802*

9590 9402 6945 1104 4854 76

2. Article Number *(Transfer from service label)*

7021 0350 0000 7719 6761

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*: *D. MacDonald*
C. Date of Delivery: 2/7/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

GOVERNMENT EXHIBIT
A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** (Barlow)
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here: 2/2/23
Jersey City, NJ 07311

Sent To: Etrade Securities / Legal Process
Street and Apt No., or PO Box No.: Harborside 2
City, State, ZIP+4®: 200 Hudson St. Ste. 501

7019 1640 0001 1131 8137

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Etrade Securities
Legal Process
Harborside 2
200 Hudson St. Ste. 501
Jersey City, NJ 07311

9590 9402 6945 1104 4854 83

2. Article Number *(Transfer from service label)*
7019 1640 0001 1131 8137

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  D LOGISTICS MAIL COURIER 908-509-1873
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt


GOVERNMENT EXHIBIT B

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 7019164000111318137

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 12:22 pm on February 6, 2023 in JERSEY CITY, NJ 07302.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered
**Delivered, PO Box**
JERSEY CITY, NJ 07302
February 6, 2023, 12:22 pm

See All Tracking History

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                    : CASE NO: 2:21-CR-089(1)

James Verl Barlow,
SSN: \*\*\*-\*\*-8754

        Defendant.

        and

eTrade Securities LLC,

        Garnishee.

## ANSWER OF THE GARNISHEE

        ___Christine Tylor___, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A.    That he/she is the ___Manager, Legal___ (state official title, relationship, etc.) of Garnishee, eTrade Securities LLC.

B.    On ___February 3___, 2023, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because Defendant is or was in my/our employ. ____ Yes __x__ No. (If the answer is yes, complete items 1 and 2 below):

1.    Defendant's pay period is ____weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. _____ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. _____



GOVERNMENT
EXHIBIT
C

2.  The amount of the Defendant's net wages are:
    a) Gross Pay
    b) Federal Income Tax
    c) F.I.C.A. Income Tax
    d) State Income Tax
    e) Total of tax withholdings
    f) Net Wages ( total is (a) less total of (e))

C.  Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __x__ No.

    If the answer is yes, describe below.

    _____
    _____

D   In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank/investment accounts, stocks, etc.) in which the Debtor maintains an interest.  (Yes) No   (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Contributory IRA | $21,240.77 | Account consists of Cash and Securities which will cause value to change based on market activity. |
| 2. | | |
| 3. | | |
| 4. | | |

E.  Garnishee anticipates owing to Defendant in the future, the following amounts (non-earnings only):  N/A

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

F. Complete items 1 through 3 below, if applicable:

1. The Garnishee makes the following claim of exemption on the part of Defendant as indicated on the Claim for Exemption Form.

   N/A

2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

   N/A

3. The Garnishee was not and is not indebted or under liability to Defendant, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   N/A

G. The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk, U.S. District Court, 85 Marconi Blvd., Rm# 103, Columbus, OH 43215

   (2) the Defendant:
       James Verl Barlow, #41278-509
       c/o Oklahoma FCI
       Oklahoma City, OK 73189-8802

   (3) the Attorney for the United States:
       Joseph M. McCandlish, Assistant United States Attorney
       U.S. Attorney's Office for the Southern District of Ohio,
       303 Marconi Boulevard, Suite 200
       Columbus, Ohio 43215-2401

C Tulor  201-499-0763
Garnishee; Telephone Number

Manager, Legal - Etrade

Subscribe and sworn to before me this __27__ day of __February__, 2023.

Anthony Cowherd
Notary Public
My Commission Expires:

ANTHONY D. COWHERD
NOTARY PUBLIC OF NEW JERSEY
COMMISSION # 50011143
MY COMMISSION EXPIRES 3/2/2025