IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>James Verl Barlow<br>SSN: \*\*\*-\*\*-8754<br>　　　　　　Defendant,<br><br>　　　　　　and<br><br>eTrade Securities LLC<br>　　　　　　Garnishee. | CASE NO: 2:21-CR-089(1)<br>JUDGE MORRISON |

## **GARNISHEE ORDER**

On February 1, 2023 a Writ of Continuing Garnishment ("Writ") was duly issued to the Garnishee, eTrade Securities LLC ("Garnishee"). (Doc 216) The Writ was served upon the Garnishee on February 6, 2023. (Doc 244).

Pursuant to the Writ, the Garnishee filed an Answer on June 15, 2023 stating that Garnishee is in possession, custody or has in its control, personal property belonging to and due the Defendant; that Defendant maintains an account with eTrade Securities LLCe. (Doc 246).

The Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay to Plaintiff all personal property in the possession of Garnishee until Garnishee no longer has custody, possession or control of any property belong to the debtor or until further Order of this Court.

**IT IS FURTHER ORDERED** that the Garnishee pay to the Plaintiff the total amount of personal property withheld by the Garnishee from the date of the issuance of the Writ of Continuing Garnishment until the date of this Order.

Dated: 7-25-23

_____
UNITED STATES DISTRICT JUDGE