IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br> )<br>　　　　vs. )<br> )<br>**James Verl Barlow** )<br>**SSN: \*\*\*-\*\*-8754** )<br>　　　　　　Defendant, )<br> )<br>　　　　　　and )<br> )<br>**ETRADE SECURITIES LLC** )<br> )<br>　　　　　　Garnishee. )<br> ` | CASE NO: 2:21-CR-089(1) |

## FINAL ACCOUNTING IN GARNISHMENT

Pursuant to 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KENNETH L. PARKER
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　s/ Joseph M McCandlish
　　　　　　　　　　　　　　　　　　JOSEPH M. McCANDLISH (0073775)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　303 Marconi Boulevard, Suite 200
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　Ph: (614) 469-5715
　　　　　　　　　　　　　　　　　　Fax: (614) 469-5240
　　　　　　　　　　　　　　　　　　Joseph.McCandlish@usdoj.gov

**CERTIFICATE OF SERVICE**

  A true copy of the above and foregoing Final Accounting in Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 17th day of October 2023 to:

James Verl Barlow (41278-509)
P.O. BOX 700
YANKTON, SD 57078

eTrade Securities LLC
Attn: Legal Process
Harborside 2
200 Hudson St Suite 501
Jersey City NJ 07311

            s/ Joseph M McCandlish
            JOSEPH M. McCANDLISH (0073775)