| Collection District | OHS | Last Name | Barlow | First Name | James Verl | CDCS Number | 2023A11928 | Court Number | 2:21-CR-089(1) |
|---|---|---|---|---|---|---|---|---|---|
| Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount | |
| 08/24/2023 | CL | A | JAMES VERL BARLOW | | 003979 | | 08/25/2023 | $22,998.19 | |



GOVERNMENT EXHIBIT A