UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 9, 2024
KELLY L. STEPHENS, Clerk

No. 23-3018

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

JAMES VERL BARLOW,

    Defendant-Appellant.

Before: GIBBONS, GRIFFIN, and DAVIS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Southern District of Ohio at Columbus.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk