**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 01, 2024

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re: Case No. 23-3018, *USA v. James Barlow*
           Originating Case No. 2:21-cr-00089-1

Dear Mr. Nagel:

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Patricia J. Elder, Senior Case Manager
                                            for Michelle Lambert, Case Manager

cc:  Mr. James Verl Barlow
      Ms. Kimberly Robinson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3018

_____

Filed: May 01, 2024

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES VERL BARLOW

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 04/09/2024 the mandate for this case hereby issues today.

COSTS:  None