IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,            :
                                     :
                                     :      Case No.   2:21-CR-00089
             vs.                     :      JUDGE MORRISON
                                     :
JAMES VERL BARLOW, ET. AL.           :


NOTICE OF APPEARANCE

Frederic C. Shadley, Assistant United States Attorney, Southern District of Ohio, hereby

gives notice to the Court and counsel for defendant, that he is entering an appearance as counsel

for the United States, in the above captioned case, and requests that service of all papers filed in

this action be made upon him at the following address:

      Frederic C. Shadley
      Assistant United States Attorney
      303 Marconi Boulevard, Suite 200
      Columbus, Ohio 43215


                              Respectfully submitted,

                              KENNETH L. PARKER
                              United States Attorney

                              *s/Frederic C. Shadley*
                              FREDERIC C. SHADLEY (IL 6310149)
                              Assistant United States Attorney
                              303 Marconi Boulevard, Suite 200
                              Columbus, Ohio 43215
                              (614) 469-5715
                              Frederic.Shadley@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Appearance was served this 25th day of July 2024 via ECF on counsel for defendant.

*s/Frederic C. Shadley*
FREDERIC C. SHADLEY (IL 6310149)
Assistant United States Attorney