**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.  2:21-cr-089** |
| | : | **JUDGE SARAH D. MORRISON** |
| **v.** | : | |
| | : | |
| **JAMES V. BARLOW,** | : | |
| | : | |
| **Defendants.** | : | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the Amended Order of Forfeiture (Doc. 197) entered in this case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 17, 2024, and ending on June 15, 2024.  (*See* Exhibit A.)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 30th day of July 2024.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Frederic C. Shadley
FREDERIC C. SHADLEY (IL 6310149)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(513) 684-3711
Frederic.Shadley@usdoj.gov