

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 17, 2024 and June 15, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. JAMES V. BARLOW

**Court Case No:**     2:21-CR-089
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/17/2024 | 24.0 | Verified |
| 2 | 05/18/2024 | 24.0 | Verified |
| 3 | 05/19/2024 | 23.9 | Verified |
| 4 | 05/20/2024 | 23.9 | Verified |
| 5 | 05/21/2024 | 24.0 | Verified |
| 6 | 05/22/2024 | 23.9 | Verified |
| 7 | 05/23/2024 | 23.9 | Verified |
| 8 | 05/24/2024 | 23.9 | Verified |
| 9 | 05/25/2024 | 23.9 | Verified |
| 10 | 05/26/2024 | 24.0 | Verified |
| 11 | 05/27/2024 | 24.0 | Verified |
| 12 | 05/28/2024 | 23.9 | Verified |
| 13 | 05/29/2024 | 24.0 | Verified |
| 14 | 05/30/2024 | 23.9 | Verified |
| 15 | 05/31/2024 | 24.0 | Verified |
| 16 | 06/01/2024 | 24.0 | Verified |
| 17 | 06/02/2024 | 23.9 | Verified |
| 18 | 06/03/2024 | 23.9 | Verified |
| 19 | 06/04/2024 | 24.0 | Verified |
| 20 | 06/05/2024 | 24.0 | Verified |
| 21 | 06/06/2024 | 23.9 | Verified |
| 22 | 06/07/2024 | 24.0 | Verified |
| 23 | 06/08/2024 | 23.9 | Verified |
| 24 | 06/09/2024 | 23.9 | Verified |
| 25 | 06/10/2024 | 23.9 | Verified |
| 26 | 06/11/2024 | 23.8 | Verified |
| 27 | 06/12/2024 | 24.0 | Verified |
| 28 | 06/13/2024 | 23.9 | Verified |
| 29 | 06/14/2024 | 23.9 | Verified |
| 30 | 06/15/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



EXHIBIT A

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION
# COURT CASE NUMBER: 2:21-CR-089; NOTICE OF FORFEITURE

Notice is hereby given that on December 12, 2022, in the case of <u>U.S. v. JAMES V. BARLOW</u>, Court Case Number 2:21-CR-089, the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Forfeiture Item a.  The following cryptocurrency seized from wallets owned by Defendant James V. Barlow (21-ICE-000736):

| Amount | Address |
|---|---|
| 0.07692270 BTC | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132820 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289894 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |
| 0.01000000 BCH | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 2.824863 ADA | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdl |

vxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw
15 ADA    addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8
449981.826359 ADA
 addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf
20639.2 ADA addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w
245362.39218 ADA
 addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99
3033.687717 ADA
 stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c
512.288229 ADA    addr1q97qzext0uhv8dtjhxwgh6negygfc0xjqajstrrysnpymmtuq9jvklewcw6h9wvu3048jsgsns7dypm9qkxxfpxzfhksy8utrs
283998.826359 ADA
 addr1q9qnwh8lnljp3px6xglurlrmusk5yuf8sd29242k7hekkx9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesypvlhq
0.283313073777777777 ETH
 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4f7aa80911
0.927160225 ETH
 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993
22.176731417442724858 ETH
 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6
0.298443892 ETH
 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3
0.92960739 ETH    0xfe7fe5931b71df73ce363833fde43635bd0d95c0
0.000861 ETH   0xe1acacb024e2553e21fbf20d94ca45f7113c4154
0.91633964 ETH    0xe1acacb024e2553e21fbf20d94ca45f7113c4154
0.41636360 LTC    ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z
0.58600860 LTC ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw
0.34487135 LTC ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0
0.56006237 LTC ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx
0.88459934 LTC ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r
0.91952218 LTC ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu
0.56227148 LTC ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven
0.33931910 LTC ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg
0.37162809 LTC ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5
0.19583067 LTC ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl
1.10739813 LTC ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8
0.36320907 LTC ltc1qxyxnh02asu2f9wgsl23gcjk7706y57pt0mwmgd
0.41826473 LTC ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5
0.27204643 LTC ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t
1.09294355 LTC ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f
0.20045406 LTC ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq
0.75388269 LTC ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t
0.20014188 LTC ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw

```
0.33779804 LTC  ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx
1.04211985 LTC  ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp
1.67961317 LTC  ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew
0.44415705 LTC  ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq
0.42798064 LTC  ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx
0.65296509 LTC  ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l
1.05977784 LTC  ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc
0.45100106 LTC  ltc1qyvj6zg2hln8xz5n9smqyvgyezgyswqpeazc4t8
0.70967696 LTC  ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue
1.00104407 LTC  ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8
0.92026856 LTC  ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he
0.24489698 LTC  ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm
2.28616509 LTC  ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0
0.53705138 LTC  ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78
0.52888303 LTC  ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge
0.37458894 LTC  ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks
0.36083423 LTC  ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q
0.47531830 LTC  ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz
2.45368155 LTC  ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m
0.1620682 LTC   ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul
3.42672983 LTC  ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe
0.70468502 LTC  ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn
0.6562565 LTC   ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7
0.87461662 LTC  ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff
0.37512686 LTC  ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9
2.37878077 LTC  ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78
0.83781655 LTC  ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982
1.19777381 LTC  ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s
0.59431798 LTC  ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr
1.39798628 LTC  ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h
0.515765 LTC    ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e
1.22855165 LTC  ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l
0.46136831 LTC  ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg
1.32032164 LTC  ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx
1.16635605 LTC  ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9
1.28292257 LTC  ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu
0.12038482 LTC  ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38
1.11039152 LTC  ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz
0.56216817 LTC  ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3
2.44654885 LTC  ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm
2.52581638 LTC  ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7
1.97347803 LTC  ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa
0.45952312 LTC  ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw
1.11306956 LTC  ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx
0.52641781 LTC  ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz
0.98905508 LTC  ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634
0.22985719 LTC  ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln
0.7723052 LTC   ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4
0.55066674 LTC  ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc
```

```
1.26863105 LTC  ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97
0.17468682 LTC  ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn
1.4080863 LTC   ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr
0.24832438 LTC  ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f
0.2199638 LTC   ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx
0.85086981 LTC  ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd
0.9022037 LTC   ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44
0.74389412 LTC  ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w
1.18439892 LTC  ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l
0.73388364 LTC  ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq
4.32506073 LTC  ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq
2.53403713 LTC  ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae
0.50234679 LTC  ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts
0.52170887 LTC  ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey
0.53101935 LTC  ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu
0.58386395 LTC  ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n
0.99347836 LTC  ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn
0.30367165 LTC  ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas
1.06218026 LTC  ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r
4.39039214 LTC  ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq
0.52299188 LTC  ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq
0.25826233 LTC  ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx
0.92836455 LTC  ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa
0.20597733 LTC  ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3
0.32784561 LTC      ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2
0.1906743 LTC   ltc1qke62dt8dh475xdcxs990vt4cv2lwt8tn5yj45r
0.13353863 LTC  ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0
0.79725189 LTC  ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0
0.1374513 LTC   ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8
0.33674137 LTC  ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku
0.55227356 LTC  ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92
0.79308423 LTC  ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt
0.16868499 LTC  ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h
1.53860104 LTC  ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq
0.76607054 LTC  ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn
1.144259 LTC     ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp
1.98911697 LTC  ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke
4.84186369 LTC  ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33
0.88402349 LTC  ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0
0.23734555 LTC  ltc1qt92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3
0.36511538 LTC  ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc
0.81021885 LTC  ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz
0.47119552 LTC  ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e
0.41205914 LTC  ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf
1.62024864 LTC  ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u
0.2482137 LTC   ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z
0.53163336 LTC  ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv
1.19107461 LTC  ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8
1.69870763 LTC  ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745
```

```
0.19707711 LTC  ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c
0.87166752 LTC  ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5
0.42025829 LTC  ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5
0.80422847 LTC  ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr
0.50268462 LTC  ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r
2.6008778 LTC   ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc
0.82249309 LTC  ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec
1.90197138 LTC      ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus
0.58761826 LTC  ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q
0.73467286 LTC  ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc
2.22724226 LTC      ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx
1.38902919 LTC  ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp
0.81181975 LTC      ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf
0.71639278 LTC  ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda
0.44463092 LTC  ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy
6.703352 LTC    LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj
0.51740189 LTC  LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12
9.57621714 LTC  LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15
3.54878005 LTC  LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z
1.0 LTC    MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5
31.87221554 LTC    MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i
43.68050477 LTC    MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J
51,348.466929 XRP rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc
25,866.1516062 XLM  GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4VMPIRSAADXDZS32FMO
0.0002000 XLM  GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNHKI5ZNZWAQNGED4QYKUT
0.56143664 ZEC     t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT
1.08718864 wBTC 0xe1acacb024e2553e21fbf20d94ca45f7113c4154
25.82277282 wBTC  0xe1acacb024e2553e21fbf20d94ca45f7113c4154
478.5856 LINK   0x3f60c4cb8585d200a0608a8d97c870d1744985dc
3105.3 CRO  0x3f60c4cb8585d200a0608a8d97c870d1744985dc
13.86939001 XMR  4AZcj6sNCDGSej3qLsj63kjG8ftKSzZ3dgEwgvajJpNaM71WcRcMBD6etmkWBcxUntBhUMeuEUT6ZCt6TBxesma4HJqMbAo
0.104089459715 XMR  432RhANooCZYtN3EaQGv434ynQDFA9oMr28ifx4ucjuEQBRJkAdLmX8CBL6X8iWXZCRs3b1Bs9iWFKiT6k265DtNC7agg37
18.958526601531 XMR  89LZ3Kzp36rfcBPdG73CxkeppTYBVT5QKApyksQdWdzydE8QHkdjwAY8wEs9yys8Hy4vjLVLd1uRtSsb1DjZBwSE2dk1rrZ
47.313719520003 XMR  43eRgpMFV7u2FN7hBwvMmGbHHJHdE4TJvPcW3WdiDgsmFTkKifTJ7F7WvL56b5XnUj5j19Kingr65PDkXV4are3F9F3aPcV
0.00572822 XMR  47jZE6Juw1HdRdXgQLGPauCL9zhDhTA9V2F2HfFM1nMNic7yzhR46mWNx5sJsa8eG5P61gPkqp1t71ougnU8SBbKJkcAUa3
37.29144 XTZ   tz1Pww3GvWpkSeFkzRv2oraLRXM2p9nswjKd
46563.65 BAN Ban_1upsn4y64uif9ezdez1164mmmkeqqczrzwywy8i9ondryg35o3so
```

```
fxr5wa8j
236.40 BAN   ban_3omsjwctouwddhmfo57x6knwqnuuwy6 oqnkrhoo6rawjbaz
n6w5twypsiwq
175.13911699 BNB   bnb1rfd2yr3wf3xqmqdj5cyskhq0vuhge727kdj527
40282.57914443 HBAR     0.0.85269
10.80637082 NANO
 Nano_1ra33yydpdkgny4axr7yk6pke8cm6dtf3wszkqab7akxu446
xpuikjs5mr3ak
74078.53500000 VET   0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0
2348.83953368 VTHO   0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0
11092.26641731 DOT   1EqBkL...jmmvbT
```

Forfeiture Item b.  All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID:  8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses (21-ICE-000737):
 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
 bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
 ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e.

Forfeiture Item e.  The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner:  Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

County of Adams, State of Colorado, described as follows:

SECT, TWN,RNG:  28-1-66 DESC:  FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

Also known by street and number as: 13100 Cameron Drive, Brighton, CO 80603
Last Conveyance Recorded at Reception No. 2021000027359 - Records of the Recorder of Adams County, Colorado.
Parcel Number:  0156928000007 (21-ICE-000740).

Forfeiture Item c.   A 2016 Tesla Model X-Wagon, VIN 5YJXCDE45GF026419 (21-IRS-000633).

Forfeiture Item d.   Approximately $687,915.54 in United States Currency seized from Wealthfront Brokerage LLC, My Personal Investment Account xxxx5396 held in the name of Defendant James V. Barlow (21-IRS-000634).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person,

other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (May 17, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 85 Marconi Boulevard, Columbus, OH  43215, and a copy served upon Assistant United States Attorney Frederic C. Shadley, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Frederic C. Shadley, 303 Marconi Boulevard, Suite 200, Columbus, OH  43215.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.