**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:21-cr-089** |
| | : | **JUDGE SARAH D. MORRISON** |
| **v.** | : | |
| | : | |
| **JAMES V. BARLOW,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that in accordance with 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b), and Fed. R. Crim. P. 32.2(b)(6), the United States sent direct written notice of the forfeiture action by email, regular mail, and certified mail with a copy of the Amended Order of Forfeiture (Doc. 197) to the following: Craig and Lenora Johnson, Bianca Graulau, Fuane Thurman, Nicholas Quick, Jesse Steele, Dwight Calwhite, Constitutional Advocacy Group LLC c/o Nathan Nearman, and Barlow Family Limited Partnership c/o Registered Agent James F. Engelking, people known to the United States to reasonably appear to be a potential claimant with standing to contest the forfeiture of property that is the subject of the order of forfeiture. (*See* Exhibits A through H.)

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Frederic C. Shadley
FREDERIC C. SHADLEY (IL 6310149)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Frederic.Shadley@usdoj.gov