

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

303 Marconi Blvd          Telephone: 614-469-5715
Suite 200                 Fax: 614-469-5653
Columbus, OH 43215

May 29, 2024

**By Electronic Mail**
Bianca Graulau
bgraulau@gmail.com

     RE:    *United States v. James V. Barlow*
           Criminal Case No.  2:21-cr-089

Dear Ms. Graulau:

    The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States.  Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

    During Mr. Barlow's criminal case, he indicated to the United States that you may have an interest in a portion of the cryptocurrency that is subject to forfeiture.  You are, therefore, hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture.  This notice letter is intended only to inform you of your rights.  Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

    If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property.  The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n).  In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall describe the property that you have an interest in, set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

EXHIBIT

B

Direct Notice
Page 2

*United States v. James V. Barlow*
2:21-cr-089

Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215. You must also send a copy of the petition and any other document you file with the Office of the Clerk to Kenneth L. Parker, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

**If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

Very truly yours,

KENNETH L. PARKER
United States Attorney

*s/Frederic C. Shadley*

FREDERIC C. SHADLEY
Assistant United States Attorney

Enclosure

## Blose, Deborah (USAOHS) [Contractor]

| | |
|---|---|
| **From:** | Blose, Deborah (USAOHS) [Contractor] |
| **Sent:** | Wednesday, May 29, 2024 1:29 PM |
| **To:** | bgraulau@gmail.com |
| **Subject:** | United States v. James V. Barlow, 2:21-cr-089 |
| **Attachments:** | Barlow - B. Graulau Forfeiture Notice Letter.pdf; 197. Barlow, James_Amended Order of Forfeiture.pdf |

Good Afternoon,

Please see the attached forfeiture notice letter being mailed to you today via U.S. Mail. A copy of the related forfeiture order is also attached. If you have any questions, please reach out to the Asset Forfeiture Unit at (614) 469-5715.

Thank you.

Debbie Blose
FSA Paralegal - Contractor
Asset Forfeiture Unit
United States Attorney's Office
303 Marconi Blvd, 2nd Floor
Columbus, Ohio 43215
Deborah.blose@usdoj.gov