

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*  *Telephone: 614-469-5715*
*Suite 200*  *Fax: 614-469-5653*
*Columbus, OH 43215*

May 29, 2024

**By Regular U.S. Mail, Certified Mail No. 7019 1640 0001 1131 9417 & Electronic Mail**
Jesse Steele
[REDACTED]

Funstigator1@gmail.com

    RE:    *United States v. James V. Barlow*
             Criminal Case No. 2:21-cr-089

Dear Mr. Steele:

      The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

      During Mr. Barlow's criminal case, he indicated to the United States that you may have an interest in a portion of the cryptocurrency that is subject to forfeiture. You are, therefore, hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

      If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall describe the property that you have an interest in, set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Direct Notice
Page 2

*United States v. James V. Barlow*
2:21-cr-089

      Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Kenneth L. Parker, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

      **If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary. Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

      Very truly yours,

      KENNETH L. PARKER
      United States Attorney

      *s/Frederic C. Shadley*

      FREDERIC C. SHADLEY
      Assistant United States Attorney

Enclosure

## Blose, Deborah (USAOHS) [Contractor]

**From:** Blose, Deborah (USAOHS) [Contractor]
**Sent:** Wednesday, May 29, 2024 1:33 PM
**To:** funstigator1@gmail.com
**Subject:** United States v. James V. Barlow, 2:21-cr-089
**Attachments:** Barlow - Steele Forfeiture Notice Letter.pdf; 197. Barlow, James_Amended Order of Forfeiture.pdf

Good Afternoon,

Please see the attached forfeiture notice letter being mailed to you today via U.S. Mail. A copy of the related forfeiture order is also attached.
If you have any questions, please reach out to the Asset Forfeiture Unit at (614) 469-5715.

Thank you.

Debbie Blose
FSA Paralegal - Contractor
Asset Forfeiture Unit
United States Attorney's Office
303 Marconi Blvd, 2nd Floor
Columbus, Ohio 43215
Deborah.blose@usdoj.gov

1

tment of Justice
Attorney's Office
ict of Ohio
Suite 200
43215



Jesse Steele



ZIP 43215
02 4W
0001131618
$002.11
MAY 29 2024
US POSTAGE

*[Envelope image: Certified Mail from Department of Justice, U.S. Attorney's Office, Southern District of Ohio, Suite 200, ZIP 43215. Addressed to Jesse Steele. Postage $10.16, dated MAY 29 2024. Certified Mail tracking number 7019 1640 0001 1131 9417. Attached PS Form 3811 Domestic Return Receipt with Article Number 7019 1640 0001 1131 9417 and barcode 9590 9402 5529 9249 8886 25.]*

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70191640000111319417

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:58 am on June 10, 2024 in LOS ANGELES, CA 90011.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Left with Individual

June 10, 2024, 11:58 am

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jesse Steele

   [redacted]

   9590 9402 5529 9249 8886 25

2. Article Number (Transfer from service label)

   7019 1640 0001 1131 9417

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Feedback