

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*     *Telephone: 614-469-5715*
*Suite 200*     *Fax: 614-469-5653*
*Columbus, OH 43215*

May 29, 2024

**By Regular U.S. Mail & Certified Mail No. 7019 1640 0001 1131 9431**
Constitutional Advocacy Group LLC
c/o Nathan Nearman
[REDACTED]

    RE:     *United States v. James V. Barlow*
                Criminal Case No. 2:21-cr-089

Dear Mr. Nearman:

       The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

       We are aware that you previously filed a UCC lien on the 2016 Telsa Model X-Wagon, VIN 5YJXCDE45GF026419. You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

       If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Direct Notice
Page 2

*United States v. James V. Barlow*
2:21-cr-089

    Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Kenneth L. Parker, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

    **If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary.  Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

                                                    Very truly yours,

                                                    KENNETH L. PARKER
                                                    United States Attorney

                                                    *s/Frederic C. Shadley*

                                                    FREDERIC C. SHADLEY
                                                    Assistant United States Attorney

Enclosure



Department of Justice
U.S. Attorney's Office
District of Ohio
Suite 200
43215



Constitutional Advocacy Group LLC
c/o Nathan Nearman



US POSTAGE
ZIP 43215
$002.11
MAY 20 2024





**Envelope / Return Receipt**

Return address (top right corner):
- Attorney's Office
- District of Ohio
- Suite 200
- 43215

Addressed to:
Constitutional Advocacy Group LLC
c/o Nathan Nearman

Postage label: ZIP 43215, $010.16°, MAY 29 2024

Tracking number: 7019 1640 0001 1131 9431

USPS Return Receipt (PS Form 3811, July 2015):

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Constitutional Advocacy Group LLC
c/o Nathan Nearman

2. Article Number (Transfer from service label):
7019 1640 0001 1131 9431

9590 9402 5529 9249 8886 01

COMPLETE THIS SECTION ON DELIVERY
- A. Signature — X — ☐ Agent ☐ Addressee
- B. Received by (Printed Name) — C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS markings:
RECEIVED 2024 JUL 11 PM 11:42 — UNITED STATES ATTORNEY — COLUMBUS OHIO

Yellow sticker:
-R-T-S-
840965204-1N
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
07/06/24

Handwritten: 6/6