

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Blvd*      *Telephone: 614-469-5715*
*Suite 200*      *Fax: 614-469-5653*
*Columbus, OH 43215*

May 29, 2024

**By Regular U.S. Mail & Certified Mail No. 7019 1640 0001 1131 9448**
Barlow Family Limited Partnership
c/o Registered Agent James F. Engelking
████████████████

    RE:    *United States v. James V. Barlow*
             Criminal Case No. 2:21-cr-089

Dear Mr. Engelking:

    The United States District Court for the Southern District of Ohio, Eastern Division, has ordered that certain property be forfeited to the United States. Enclosed, please find a copy of the Preliminary Order of Forfeiture entered in the above-referenced case which describes the property subject to forfeiture and the intent of the United States to dispose of the property.

    You are hereby given notice of this forfeiture and of your right to assert an interest in the property subject to forfeiture. This notice letter is intended only to inform you of your rights. Service of this notice letter in no way is intended to imply that the United States believes that you have a valid interest in the forfeited property or that you may legally possess the forfeited property.

    If you wish to assert a legal interest in the property which has been ordered forfeited to the United States, you may, within thirty (30) days of your receipt of this notice letter, petition the United States District Court for the Southern District of Ohio, Eastern Division, for a hearing to adjudicate the validity of your alleged interest in the property. The procedure for filing a petition is set forth more fully in Title 21, United States Code, Section 853(n). In accordance with Title 21, United States Code, Section 853(n), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

Direct Notice
Page 2

*United States v. James V. Barlow*
2:21-cr-089

      Your petition must be filed in the above case name and number with the United States District Court, c/o Office of the Clerk, 85 Marconi Boulevard, Columbus, Ohio 43215.  You must also send a copy of the petition and any other document you file with the Office of the Clerk to Kenneth L. Parker, United States Attorney, Attention: Asset Forfeiture Unit, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

      **If you do not wish to assert an interest in any of the property identified for forfeiture in this case and described in the Preliminary Order of Forfeiture, no action is necessary.  Please be aware that failure to file a petition within 30 days of receipt of this direct notice will result in the property being forfeited to the United States.**

      Very truly yours,

      KENNETH L. PARKER
      United States Attorney

      *s/Frederic C. Shadley*

      FREDERIC C. SHADLEY
      Assistant United States Attorney

Enclosure

4/26/2021        Colorado Secretary of State - Summary




**For this Record...**
Filing history and documents
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | BARLOW FAMILY LIMITED PARTNERSHIP | | |
| Status | Exists | Formation date | 12/22/1998 |
| ID number | 19981227040 | Form | Limited Partnership |
| Periodic report month | December | Jurisdiction | Colorado |
| Principal office street address | [redacted] | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | JAMES F. ENGELKING |
| Street address | [redacted] |
| Mailing address | n/a |

Filing history and documents

Get a certificate of fact of existence (PDF)

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/biz/BusinessEntityDetail.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&masterFileId=19981227040&e...   1/1

Department of Justice
U.S. Attorney's Office
Southern District of Ohio
Suite 200
43215



Barlow Family Limited Partnership
c/o Registered Agent James F. Engelking



US POSTAGE
ZIP 43215
$002.11
MAY 29 2024

OFFICIAL BUSINESS

Barlow Family Limited Partnership
c/o Registered Agent James F. Engelking

2024 JUN 24 PM 2:15
UNITED STATES
ATTORNEY
COLUMBUS, OHIO

-R-T-S- 80293521G-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

06/20/24







2024 JUN 24 PM 2:15
UNITED STATES
ATTORNEY
COLUMBUS, OHIO

NIXIE 808 F2 1 0005/18/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Barlow Family Limited Partnership
c/o Registered Agent James F. Engelking

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barlow Family Limited Partnership
c/o Registered Agent James F. Engelking

9590 9402 5529 9249 8885 95

2. Article Number (Transfer from service label)
7019 1640 0001 1131 9448

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
B. Received by (Printed Name)    C. Date of Delivery
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





US POSTAGE $010.16