IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | |
| Plaintiff, | : | Case No. 2:21-cr-089 |
| | : | **CHIEF JUDGE SARAH D. MORRISON** |
| v. | : | |
| | : | |
| JAMES V. BARLOW, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America respectfully moves the Court for entry of a Final Order of Forfeiture in this case, and in support thereof represents to the Court the following facts:

1. On December 12, 2022, the Court entered an Amended Order of Forfeiture in this case finding that the requisite nexus exists between the subject property identified therein and the violations to which Defendant James V. Barlow agreed to plead guilty. (Doc. 197.) More specifically, the Amended Order of Forfeiture ordered the defendant to forfeit his interest in the following property to the United States in accordance with 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a)(1) and (2):

   a. The following cryptocurrency seized from wallets owned by Defendant James V. Barlow including any derivative units of such cryptocurrency resulting from fork, dividends, interest, or other means:

| Amount of Cryptocurrency | Wallet Address |
|---|---|
| 0.07692270 BTC[1] | 3KmzJxFx6Nr7PYjsmqrPAUmThrT85Y6PR1 |
| 0.02113000 BTC | 32juQXT6GzG3a3Knd6g9XDRFQvGsvxawwL |
| 0.00357018 BTC | 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C |
| 0.06067440 BTC | bc1q6dcr4fwnz0gl9dxqv0p24qyuhrfdgdr2qwtzvf |
| 0.00116606 BTC | bc1qaaueygvk828v2wuz0a4zm4wvqsgmmm92kfs30e |
| 0.00336344 BTC | bc1qq3rn9tq7srg9lyh4sj2smpvl6gujnvv8rzuf89 |
| 0.00346184 BTC | bc1qjxe8ffwa3jhulv5j0zkm7henx65qsagt9mksa6 |
| 0.00062355 BTC | bc1qppgq3h5wcdkh6t23wm5gyzrgs0m67vvu5yr8jg |

---

[1] BTC = Bitcoin cryptocurrency.

| | |
|---|---|
| 0.00332544 BTC | bc1qqcr9z0cvlvtpdkect2qurv8nhrjfywljlf55nx |
| 0.00196334 BTC | bc1q98k4hcxuqn8gsj3s7sske7lhatx54lkuypqq5q |
| 0.00187484 BTC | 1P3rkdEd9miGaMKKHqBz9AwMYsWeL2sYmQ |
| 0.02005223 BTC | 15H59Aah7YKgjutbjeoam13zBeov4NJdMA |
| 0.00048519 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00059620 BTC | 142mxNF4USPT4KKNoJYHUoHbKoEx7wDHA7 |
| 0.00345200 BTC | 17QUsMjyjVira8Ac5Pyi1qJY5Z74UeVz1X |
| 0.00010000 BTC | 12DtSEoNJcse1RnUdCBZxKb8JcUrPVJ7ii |
| 0.00051720 BTC | 1L3CTJtbiThzk2dwfnynWLAosxUEsUaVKN |
| 0.00177230 BTC | 1GgGbux5wLdcQ7x98qvsajv36NA9s45AH4 |
| 0.00356930 BTC | 1C64hPBS8iQiKPTjd49VHCWopW3afATvXg |
| 0.00080487 BTC | 1EJJSa7tdASq2ssgb32kpx6FPYCeQrJRRt |
| 0.00186410 BTC | 1Nhvnqs34kH46SsVPfcUyjxbXHk6x9297v |
| 0.00183300 BTC | 1ABfFfyiJAJeuUftPVfv4xJsuG8eJ8NJgE |
| 0.00132820 BTC | 14G865mrap2aWvDjTPQYcNT8cr3MvYTPox |
| 0.00001852 BTC | 1Js12zpjNP995GVDv2CSJ7JH4SFZhXyTey |
| 0.00125840 BTC | 1NgUcizPtfEB95BhwGZXzc4mwJw4v13kkb |
| 0.00077650 BTC | 167WQvDpgFRMuZGMiqnaHTE8FzriCBNYxU |
| 0.00071164 BTC | bc1q80r4zwzzlu7q8tnka8jwhn3va8r0rs2mewezr2 |
| 0.00289894 BTC | bc1qs768c0gfqs0733dmq2yc3zeuzm4flkn643qtsy |
| 0.01000000 BCH[2] | qpku9tw38e0auhpq24hd6wa4dkdc7des2st7x3cp22 |
| 9.08934853 BCH | qq4tel9y43t4kkm3yvjhcaveeuxquaxvycpk9dstlm |
| 0.34565245 BCH | qzzkm24cj77yfsjdgq5hn02n07algz2yevt6txymfr |
| 1.99999771 BCH | qqqkcps6yfhr0vhstjn0zgs4fff4y9n3fvc4w9ledn |
| 9.30199771 BCH | qpmvayjhla8smd7z7lqw0x50mmak68dm0vzwq8at7u |
| 2.824863 ADA[3] | addr1qxugkkmeqkv4w6sefp2dqyaj3ynk5j9zexeuf675akenkr9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4xcfuw |
| 15 ADA | addr1qytdq20006dvmfps2gc2zswd34ka47jfv83ud6p9zj5ahzamdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aves4e4ph8 |
| 449981.826359 ADA | addr1qxns73wmt0mnzyqwzu5673fz8q3708aa5qs40f7vqaa8c99mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avespkvcdf |
| 20639.2 ADA | addr1q9dmn3sh6ge44sh730wye9ucvyuxqzgzq620v82pzxl9n84mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesgjgs9w |
| 245362.39218 ADA | addr1qxzgr58dczumhgcmwvah5gc2lc9tyx2a2l3aym0t9ezc729mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0aveshy8j99 |
| 3033.687717 ADA | stake1uxaklkrwgtjh50fsf3f3xdpdw7899ejzd50jyf0xnk87kvc8yf97c |
| 512.288229 ADA | addr1q97qzext0uhv8dtjhxwgh6negygfc0xjqajs trrysnpymmtuq9 jvklewcw6h9wvu3048jsgsns7dypm9qkxxfpxzfhksy8utrs |
| 283998.826359 ADA | addr1q9qnwh8lnljp3px6xglurlrmusk5yuf8sd29242k7hekkx9mdlvxush90g7nqnznzv6z6auw2tnyymglygj7d8v0avesypvlhq |
| 0.283313073777777777 ETH[4] | 0xe5ca01ff7e98cd7bf209895a2de04aad22cb96ab7a5dfdc61fc0ac4f7aa80911 |
| 0.927160225 ETH | 0x748589b0eb2713ef5a940764ba2343a66b7603443056fd2f15f47b4b33cdc993 |

---

[2] BCH = Bitcoin Cash cryptocurrency.
[3] ADA = Cardano cryptocurrency.
[4] ETH = Ethereum cryptocurrency.

| | |
|---|---|
| 22.176731417442724858 ETH | 0xebae34414a6f3664fb49bf6ed86d4e86a26092151bc889b9af592b6 |
| 0.298443892 ETH | 0x4fbfd98a72553023d789137ba0b248be5f0ed06a855fb4f2a7a4a3 |
| 0.92960739 ETH | 0xfe7fe5931b71df73ce363833fde43635bd0d95c0 |
| 0.000861 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.91633964 ETH | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 0.41636360 LTC[5] | ltc1q5yauk3j22tj8wnmu40km4ufzkg5eknfs7e4y2z |
| 0.58600860 LTC | ltc1qc23uggydqqgac2pxtxwgh3v2m7qf2nw5z46ccw |
| 0.34487135 LTC | ltc1qfrpa27vzvjft43vnqgerypr7eh4sgm7khfcud0 |
| 0.56006237 LTC | ltc1qwxcgpvvf5p8vn33x87hzgcwyheaqveh9rf0ngx |
| 0.88459934 LTC | ltc1q35tlhkuagmnjel4c65wszepusf29my4j737u6r |
| 0.91952218 LTC | ltc1qj8lu49jumhd2wmg5sza6tdgcrgck84qtwr7uyu |
| 0.56227148 LTC | ltc1q9fxfyu709ew8xah7da2wxjlsv2y2ksuqhwdven |
| 0.33931910 LTC | ltc1q9sxqy0hzwuc8nzsm2kqfdhqxzx5xj2y6agfmyg |
| 0.37162809 LTC | ltc1qdwx0f2vpsrp099eq3sv36lphp4w9rgs9a8gwh5 |
| 0.19583067 LTC | ltc1qum73j3esjp7khrgluutn24kh07fxhth8ey09nl |
| 1.10739813 LTC | ltc1quyuwjvu5dv7s2ujul857vq4nnazd0a2qh9qmk8 |
| 0.36320907 LTC | ltc1qxyxnh02asu2f9wgsl23gcjk7706y57pt0mwmgd |
| 0.41826473 LTC | ltc1qyvf6awpzqfy7afsul4pcqvrw6h3u5rmq9n5kz5 |
| 0.27204643 LTC | ltc1qw0qerta9phmeuj99pvc9ngw7eycnrdhplukp7t |
| 1.09294355 LTC | ltc1q6c032lummk8vpe0hlzvdugtm7kqrhvtep3xa2f |
| 0.20045406 LTC | ltc1q6rtx9p0t678ekkwtl3qd0xajg2kmqe0awz0zzq |
| 0.75388269 LTC | ltc1q2tmf92l3d5ptwgw9hl0cuevf3rjs0fj3er807t |
| 0.20014188 LTC | ltc1qz08ay050q4rguuw2j75zuscgmnjgt7agw7y4uw |
| 0.33779804 LTC | ltc1qd8naj5h0g72e5lpfgh62j9pjhxqu5g8x3ty3rx |
| 1.04211985 LTC | ltc1qgtp82lvwd0676d44rf2rrhur98l9cvzuegd0hp |
| 1.67961317 LTC | ltc1q8pkq3sztmn3k58vhkf8ndlf95prg3ytupx0zew |
| 0.44415705 LTC | ltc1qrjcpvp6uqtj3jnt6a4m8jqdswe5dpmlfamm8kq |
| 0.42798064 LTC | ltc1qz5a040qkf70h48m6n2l5dsawf3t3gx4sy5jhlx |
| 0.65296509 LTC | ltc1qttt2sg78kn3p94c7mwp8slesn40d8s9ndfd32l |
| 1.05977784 LTC | ltc1q263l8akejwtdv6fr5ugjyxqq85v5xq6eee8ksc |
| 0.45100106 LTC | ltc1qyvj6zg2hln8xz5n9smqyvgyezgyswqpeazc4t8 |
| 0.70967696 LTC | ltc1qpdazpxts9kaj7y52y5kp77wzp8g3q5nkky4yue |
| 1.00104407 LTC | ltc1qwayekytufqysj93h3z0pjl7eug667nh8kkgca8 |
| 0.92026856 LTC | ltc1q8j9rxsvprp0q77apgvw3kf9rv58p9a93qhk8he |
| 0.24489698 LTC | ltc1qn5vjh224th4nx45r0gsakssxxlhwnkrpq7wvrm |
| 2.28616509 LTC | ltc1qtrk02atyg95tqxfsfxyqnyc2k9r4gguvgetjn0 |
| 0.53705138 LTC | ltc1q9cvl42lsdm99v3r4k4hrkrpwdd0zz2fjlnxx78 |
| 0.52888303 LTC | ltc1qqjzx7s33jgpwxpert8xncsmsg0w4fjvu65dtge |
| 0.37458894 LTC | ltc1q28nhpn97xy5p53ly0ptsdq2tzu8kr349w5akks |
| 0.36083423 LTC | ltc1qv3ks4w2xnzvtw26e56tk9etjpvl8qvf5jz2s4q |
| 0.47531830 LTC | ltc1q5kcw0ph3rpcfgwkju57g5avd792y34pdj9g6rz |
| 2.45368155 LTC | ltc1q2mvl9wz0hagqrrsky3aksu0egaf4k6e38jge4m |
| 0.1620682 LTC | ltc1q5std222ltu36ptmehzgp89xpg7knarrgpc36ul |
| 3.42672983 LTC | ltc1qjn3wlddgnl9krg70v3xmyryqja9pa70lqqqfxe |
| 0.70468502 LTC | ltc1qvkd4z7lq2vjuaal2hjt0vagdnclgekx34lzhrn |
| 0.6562565 LTC | ltc1q9hmnv5hg50x5vrzx4fmg6jv8xxkcsg9arpetg7 |

---

[5] LTC = Litecoin cryptocurrency.

| | |
|---|---|
| 0.87461662 LTC | ltc1qf9xzqmafp8mm7lcurmm4a5wre23e6gxxyjrqff |
| 0.37512686 LTC | ltc1qa7umwcmvldjpfp2kyy9pattxgc9g7rvzqd9wx9 |
| 2.37878077 LTC | ltc1q2xangktv7n5dfprujwhaz8y3ylcyenmjhrmp78 |
| 0.83781655 LTC | ltc1qtakuq30vf4fsqjudn0rjxap5ayd5rt0gk6t982 |
| 1.19777381 LTC | ltc1qpzkt0ct5qyl9d5s78mdj0jre2z2uy5fnm9gp4s |
| 0.59431798 LTC | ltc1qk3kejvuglsyxw5624r2jgrcray3dae5xmst8cr |
| 1.39798628 LTC | ltc1q0vsgy0k36g94astk3t6k65wm7umetxuqsmk47h |
| 0.515765 LTC | ltc1q70dgjw62ewm7qqx2qt6yc2srfe2unfsh3zyj2e |
| 1.22855165 LTC | ltc1qtu792kav5uzuwtnvptduda4phu657x7x5v7k2l |
| 0.46136831 LTC | ltc1qhr0nr3a4htxjg94kjl3m6095dfvluqmjxjynjg |
| 1.32032164 LTC | ltc1qg39k5stwhyh20xhjr8nuwqr2yszz6p70wpuafx |
| 1.16635605 LTC | ltc1qct0d5zrz9z3e56zmvp6mx9d7ndxeg8lswh92y9 |
| 1.28292257 LTC | ltc1qeedyrvy8l8fuxkvegm8zqdmpxeawqnm3drq3yu |
| 0.12038482 LTC | ltc1q6r8pcw9ztkamp9lkvyh534fqj7wtqedrk9rf38 |
| 1.11039152 LTC | ltc1qusyfrusyqftzj7gt8u3wkud2vjdwchpuj3eqkz |
| 0.56216817 LTC | ltc1qme8dnka54kjceglyrqng8zhm0dsdz0dn66nyk3 |
| 2.44654885 LTC | ltc1q4h356gnam4uttctry2fgja9ekm0wptu5j2l0lm |
| 2.52581638 LTC | ltc1qr068dca8j2fmr35gmsqclzjdnylqt86ktx7fq7 |
| 1.97347803 LTC | ltc1qxa02sfrwuknv5pqqmgzfnrx7wgt422aldvy8wa |
| 0.45952312 LTC | ltc1qsfr0knl95s8t45v4scjp6q3rjssjtqgwh7x9uw |
| 1.11306956 LTC | ltc1qn4vgz0m2adm9nqmmk00dk9mjfzdttq8mha02hx |
| 0.52641781 LTC | ltc1q9wz8xk3gs3ulpw27pnhqfcv24qnyhxer569rsz |
| 0.98905508 LTC | ltc1qun7xk9gpt2ucjd0mc9m27fseyyr2ekxay83634 |
| 0.22985719 LTC | ltc1qefs3dkcnjznyzddh5kgfg6797vczqkd2cxq7ln |
| 0.7723052 LTC | ltc1q8ssg3lhcqwkp5tddzc6w2x6fs8x8r7ewsyk0q4 |
| 0.55066674 LTC | ltc1qajeu3te6wwrjtvj0y42n6s5xtjngem7ypjppjc |
| 1.26863105 LTC | ltc1qx9qfxrlp5v9jevuukuknjss38t68xpe37kep97 |
| 0.17468682 LTC | ltc1q72kxufsxr5ea5qrlchcxk640kmt977klu2tkhn |
| 1.4080863 LTC | ltc1qm79puhx7a8plvml39kpyd0ek4d5puj52y9t0fr |
| 0.24832438 LTC | ltc1qylzr2pj6vyccamdlr3kq2l5edfemm2e2xadr7f |
| 0.2199638 LTC | ltc1qvejj8r6wuq0t5kpdlquz8lu7mz9wt5gmsywcjx |
| 0.85086981 LTC | ltc1q6yp3tq0wxthdc4dp7ksfhxuup9956s94tc7hfd |
| 0.9022037 LTC | ltc1qqdhpamtka0dzjuv5xdv8laj3t2em2ez0m33n44 |
| 0.74389412 LTC | ltc1qwq7yqvnzu8ru9qu74nq5nmykmdn0aeqlzdkg8w |
| 1.18439892 LTC | ltc1qm67m675he7sp65a0c8779vv8neanxnqxsslc2l |
| 0.73388364 LTC | ltc1qya72ukwrcpecm4ye6zdq6p0x6uve50akhph5hq |
| 4.32506073 LTC | ltc1qknzwq5fm9ed994pec228zu456u5a5n65vnljwq |
| 2.53403713 LTC | ltc1q2p8ruzr2neqkm5gzgndkdt2sq9vhl6zn7x9qae |
| 0.50234679 LTC | ltc1q5th9jguk2kkx7p9mxzw2q8vu40e9fjs3evwhts |
| 0.52170887 LTC | ltc1qmdvlt5g8khwzga9unymuq7lqu2rgq5sm4r6xey |
| 0.53101935 LTC | ltc1q4uy4h0mf4smcvfpvu2h6c6awcn2ww4r30l73pu |
| 0.58386395 LTC | ltc1qyqez2jerknux8l6zz5xq4f43fg5gh0qfu6593n |
| 0.99347836 LTC | ltc1qd7wsgkw9r0xc4a533nkeenr76ls25zs93axwsn |
| 0.30367165 LTC | ltc1qax9emr9xc5u34djtjly8wyu7urg3z9u3dqwzas |
| 1.06218026 LTC | ltc1qxs6fwutqyl6n8r04a7fpqa8e2x2am589mp4s9r |
| 4.39039214 LTC | ltc1qp3h3h0vt74l84wshwsdgvjc408gv2llwclykfq |
| 0.52299188 LTC | ltc1q8xy8uprx6aj5vgpkexp3dwgcwygxyks6z94uqq |
| 0.25826233 LTC | ltc1qz3tgdap8twa55dtkz9l2sfgh3yany6gqcxmtjx |
| 0.92836455 LTC | ltc1quz7vc9xtvvjy4zvzklumczl0494tymcqcrzfaa |

| | |
|---|---|
| 0.20597733 LTC | ltc1qyegz8jwu7ggx4psheeucukcq7zhys07zyj2rr3 |
| 0.32784561 LTC | ltc1qfucsz58kglzg8xvp5trt7jyw077p2xe70gkyq2 |
| 0.1906743 LTC | ltc1qke62dt8dh475xdcxs990vt4cv2lwt8tn5yj45r |
| 0.13353863 LTC | ltc1qy4uempt8qje3anqwgaq5ywje7pa4d9q2ucena0 |
| 0.79725189 LTC | ltc1qr2q44x4f9uv38zal5785qh38kw4xuclxtgckw0 |
| 0.1374513 LTC | ltc1qw64dqyvql3mxsdmkwenf34q0fl0t2d4l9hj3w8 |
| 0.33674137 LTC | ltc1qhstalkqfjd4n39ujcxv8cqtlv89xh53jdyrvku |
| 0.55227356 LTC | ltc1qtsaxaudq3078hzc0r2gml4ns7l5k7tmwy2qg92 |
| 0.79308423 LTC | ltc1quehu2rjf5vr3ultjtwamypxudxvrdphtfrs9rt |
| 0.16868499 LTC | ltc1qvzmextzvsuz9r4nhxn94nvhmgwwncpk0su342h |
| 1.53860104 LTC | ltc1qxclkkvd3gmh27tu37fr5rys8v0ftq6knku6fpq |
| 0.76607054 LTC | ltc1qap3y8fmywah09mjrqzzj0ygnwrvpjpw5nfvvwn |
| 1.144259 LTC | ltc1qu5dfg04gewe90hn4gq394c8tw4up48d75jrexp |
| 1.98911697 LTC | ltc1q6822d4kzmye4ckwylszlt98cj2ncz9zkpm7nke |
| 4.84186369 LTC | ltc1qjfxgcvzauz0mhp7pptrunlla838qwaz4txps33 |
| 0.88402349 LTC | ltc1qmd7s8n4glhklfwyg9sxc39dfxtjz3fnm9e7zn0 |
| 0.23734555 LTC | ltc1qt92ap3tf6yzazzgzuatdfr0vuudw0hv08uj3y3 |
| 0.36511538 LTC | ltc1q5rsltz5rda5uaq6aytd84t35x4ale5tucwnyjc |
| 0.81021885 LTC | ltc1q2g3cqsl5epx6acqk43veqy0umcs39dj9nrnxrz |
| 0.47119552 LTC | ltc1q4ts004c2sw05l28c7s3s9qztyeqc6f77erjx4e |
| 0.41205914 LTC | ltc1qyz2d277t0wx0rsqkn8nnrs69vhde2u0m4d4vxf |
| 1.62024864 LTC | ltc1q0aujjdw705kv0au44gx00e4afu0r5qsj8xux7u |
| 0.2482137 LTC | ltc1qplsx6rq68mr8fkcmqgh7rdgtu499exm559w89z |
| 0.53163336 LTC | ltc1qwyfpa227y3mex34xdpdzdl2g7z8dq2226nptwv |
| 1.19107461 LTC | ltc1qsy0cg0pggq0fdzn7ylsdd4398palgfqfx8jna8 |
| 1.69870763 LTC | ltc1qfycwvvkw9xazsq0wdv37zs97apltw5sntk6745 |
| 0.19707711 LTC | ltc1qcv3c9zxrlz5r56xxtpge8n4t86pnmt8020ze5c |
| 0.87166752 LTC | ltc1qxl29f48kajjqe5pjjevmdqu3jgu57ke0uq8cg5 |
| 0.42025829 LTC | ltc1qs53hljspgwtujh6v5vt02muejweu89puplc2z5 |
| 0.80422847 LTC | ltc1qdv3s2lzt2td9arpysyw9l6mfp4pfw88ty55jmr |
| 0.50268462 LTC | ltc1qpsyukc395t2rc88lfpwkk650lm23uyelwsdt8r |
| 2.6008778 LTC | ltc1qdsx758dw933nndlqfl04rjtxzcwcswcdp4kduc |
| 0.82249309 LTC | ltc1q7srqxtg3ad2sjccrpe2d999e0yp46rysh00fec |
| 1.90197138 LTC | ltc1q6vktjdx2sy5kcrkxr9m4gz57krmmj8ewstysus |
| 0.58761826 LTC | ltc1q4a5dhm99q540cz20kja3hgjxx4ee8tcn3nj20q |
| 0.73467286 LTC | ltc1qg76l2m9e0lmsjjagxd7yzm28hcp7hwue7388fc |
| 2.22724226 LTC | ltc1qvwdhdwc39x2ycj46lfvjyje3mu94xjw7ztplxx |
| 1.38902919 LTC | ltc1q2kw95kw4j3g6p0frfzgrgu9svkgjl9mnpml5sp |
| 0.81181975 LTC | ltc1qls7g2qpge3l68rgpd4c64p6a339552q33ef3uf |
| 0.71639278 LTC | ltc1qme884czv7v7lkup6x4x73lr28s9jkvzkv97dda |
| 0.44463092 LTC | ltc1qn99njccwm9p3mt5satvl4xp0k0nxqer5ztxhsy |
| 6.703352 LTC | LbbkYeuYAZTPRAXYinannNXyQNP4jj2Jfj |
| 0.51740189 LTC | LS7THWxSpAa5YR9prPmNEMr91pXHzBSR12 |
| 9.57621714 LTC | LfUf7WpLeBiC1gjzwR9uK8MxtKhS4qft15 |
| 3.54878005 LTC | LLiK3kcDnJCLS6F6Mrf9st3K1RY8WQni6Z |
| 1.0 LTC | MC1f3BbrtNasQ4umgJ8X111GxnET3Ny7e5 |
| 31.87221554 LTC | MQWNkcaw5JSaYfqKzUzjNneFfng7MGUW7i |
| 43.68050477 LTC | MS4ffr3NFP7MaqGKoPh7Mr8MYWGPfSfB1J |

5

| | |
|---|---|
| 51,348.466929 XRP[6] | rLePCL5WDFBTzqvCBiuoxXnzauj1WVa3Hc |
| 25,866.1516062 XLM[7] | GCFLXAUG5VPRD5V46OU2KZPJHE7RYFZ6FR7OK4VMPIRSAADXDZS32FMO |
| 0.0002000 XLM | GAV5XPUHSNDLRMACDGCYDCAV2FRIPQWNWVJNHKI5ZNZWAQNGED4QYKUT |
| 0.56143664 ZEC[8] | t1cyBWMRZnzYtGnU2Cjgg2Kt9RFerR35rnT |
| 1.08718864 wBTC[9] | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 25.82277282 wBTC | 0xe1acacb024e2553e21fbf20d94ca45f7113c4154 |
| 478.5856 LINK[10] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 3105.3 CRO[11] | 0x3f60c4cb8585d200a0608a8d97c870d1744985dc |
| 13.86939001 XMR[12] | 4AZcj6sNCDGSej3qLsj63kjG8ftKSzZ3dgEwgvajJpNaM71WcRcMBD6etmkWBcxUntBhUMeuEUT6ZCt6TBxesma4HJqMbAo |
| 0.104089459715 XMR | 432RhANooCZYtN3EaQGv434ynQDFA9oMr28ifx4ucjuEQBRJkAdLmX8CBL6X8iWXZCRs3b1Bs9iWFKiT6k265DtNC7agg37 |
| 18.958526601531 XMR | 89LZ3Kzp36rfcBPdG73CxkeppTYBVT5QKApyksQdWdzydE8QHkdjwAY8wEs9yys8Hy4vjLVLd1uRtSsb1DjZBwSE2dk1rrZ |
| 47.313719520003 XMR | 43eRgpMFV7u2FN7hBwvMmGbHHJHdE4TJvPcW3WdiDgsmFTkKifTJ7F7WvL56b5XnUj5j19Kingr65PDkXV4are3F9F3aPcV |
| 0.00572822 XMR | 47jZE6Juw1HdRdXgQLGPauCL9zhDhTA9V2F2HfFM1nMNic7yzhR46mWNx5sJsa8eG5P61gPkqp1t71ougnU8SBbKJkcAUa3 |
| 37.29144 XTZ[13] | tz1Pww3GvWpkSeFkzRv2oraLRXM2p9nswjKd |
| 46563.65 BAN[14] | Ban_1upsn4y64uif9ezdez1164mmmkeqqczrzwywy8i9ondryg35o3sofxr5wa8j |
| 236.40 BAN | ban_3omsjwctouwddhmfo57x6knwqnuuwy6 oqnkrhoo6rawjbazn6w5twypsiwq |
| 175.13911699 BNB[15] | bnb1rfd2yr3wf3xqmqdj5cyskhq0vuhge727kdj527 |
| 40282.57914443 HBAR[16] | 0.0.85269 |
| 10.80637082 NANO | Nano_1ra33yydpdkgny4axr7yk6pke8cm6dtf3wszkqab7akxu446xpuikjs5mr3ak |
| 74078.53500000 VET[17] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 2348.83953368 VTHO[18] | 0xf74AE4d2d2C2fA2eaF23b3CaE5633C0FA2f591e0 |
| 11092.26641731 DOT[19] | 1EqBkL…jmmvbT |

---

[6] XRP = Ripple Coin cryptocurrency.

[7] XLM = Stellar Lumens cryptocurrency.

[8] ZEC = Zcash cryptocurrency.

[9] wBTC = Wrapped Bitcoin cryptocurrency.

[10] LINK = Chainlink cryptocurrency (Ethereum token).

[11] CRO = Crypto.com Chain cryptocurrency (token).

[12] XMR = Monero cryptocurrency.

[13] XTZ = Tezos cryptocurrency (token).

[14] BAN = Banano cryptocurrency.

[15] BNB = Binance Coin cryptocurrency.

[16] HBAR = Hedera cryptocurrency.

[17] VET = VeChain cryptocurrency (token).

[18] VTHO = VeChainThor Energy cryptocurrency (Ethereum token).

[19] DOT = Polkadot cryptocurrency (token).

b.     All cryptocurrency associated with Celsius User Defendant James (Jim) V. Barlow, User ID: 8f667480-4c3b-4c76-8afe-09dfa37695c3, to include, but not limited to, the following wallet addresses:
- 3Dj8GDvuqCgCJw4UgVBTbdWANrAH4eWC1C;
- bc1qc2z7g87rep4m35lmzzvq9vuyn5ym3gac5nmly0;
- ltc1qm9pcmvk8dd9gzgmgzm00tgrpv0yavzsg06pnmr; and
- 0x3F2CF9915e0960226C0dd685Dbe3a1FB17A7Cc1e;

c.     A 2016 Tesla Model X- Wagon, VIN 5YJXCDE45GF026419;

d.     A total of approximately $687,915.54 in United States currency seized from Wealthfront Brokerage LLC, My Personal Investment Account Individual Investment Account xxx5396 held in the name of Defendant James V. Barlow; and

e.     The Real Property known and numbered as 13100 Cameron Drive, Brighton, Adams County, Colorado with all improvements, appurtenances, and attachments thereon, Record Owner: Barlow Family Limited Partnership, a Colorado limited partnership, and legal described as:

County of Adams, State of Colorado, described as follows:

SECT, TWN,RNG: 28-1-66 DESC: FRACTION W2 SEC LYING N OF BURLINGTON DT AND S AND E OF ROW OF C B AND Q RR AND W OF OUTER TOE OF BARR LAKE EMBANKMENT EXC ROW AND EXC HWY, COUNTY OF ADAMS, STATE OF COLORADO.

NOTE: LEGAL DESCRIPTION SUBJECT TO CHANGE UPON COMPLIANCE WITH REQUIREMENT NO. 11

Also known by street and number as: 13100 Cameron Drive, Brighton, CO 80603
Last Conveyance Recorded at Reception No. 2021000027359 – Records of the Recorder of Adams County, Colorado.
Parcel Number: 0156928000007.

2.     In accordance with 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States is required to provide notice of the entry of an order of forfeiture to third parties who may assert a legal interest in the property subject to forfeiture. In this case, the United States published notice of the order of forfeiture and sent direct written notice of the forfeiture as follows:

      a.      the United States published notice of the entry of the Amended Order of Forfeiture on the government's website, www.forfeiture.gov, for 30 consecutive days beginning on May 17, 2024. (Doc. 260.) The publication provided potential claimants with notice of the United States' intent to dispose of the forfeited property in accordance with the law and of their right to petition the court within 60 days of the initial publication date for a hearing to adjudicate the validity of their alleged interest in the forfeited property. (*Id*.)

      b.      On or about May 29, 2024, the United States sent direct written notice of this action along with a copy of the Amended Order of Forfeiture to the following people known to the United States to have a potential interest in the forfeited property: Craig and Lenora Johnson, Bianca Graulau, Fuane Thurman, Nicholas Quick, Jesse Steele, Dwight Calwhite, Constitutional Advocacy Group LLC c/o Nathan Nearman, and Barlow Family Limited Partnership c/o Registered Agent James F. Engelking. (Doc. 261.) The letter provided the potential claimants with notice of the United States' intent to dispose of the forfeited property in accordance with the law and of the right to petition the court within 30 days of the date the notice letter was sent for a hearing to adjudicate the validity of any alleged interest in the forfeited property. (*Id*.)

    3.      As of the date of this motion, which is more than 60 days after the first date of publication, no petitions asserting a legal interest in the forfeited property have been filed, and the time within which such petitions should be filed under this notice has expired. Therefore, there are no parties known to the United States who reasonably appear to be a claimant with standing to contest the forfeiture of the property that is the subject of the Amended Order of Forfeiture.

    4.      Finally, on December 7, 2022, the Court held the defendant's sentencing hearing and, in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, verbally announced

8

the forfeiture of the subject property. (Doc. 191.) On December 9, 2022, the Court issued its Judgment ordering the defendant to forfeit his interest in the property described herein to the United States as part of his sentence. (Doc. 195.)

5. On April 9, 2024, the Sixth Circuit affirmed the Judgment and the Amended Order of Forfeiture. (Doc. 257.)

Therefore, the United States respectfully requests that the Court enter a Final Order of Forfeiture in this case declaring the property identified herein forfeited as to all parties; vesting full right, title, and interest in the property to the United States; and further ordering the United States to dispose of the assets according to law.

        Respectfully submitted,

        KENNETH L. PARKER
        United States Attorney

        *s/Frederic C. Shadley*
        FREDERIC C. SHADLEY (IL 6310149)
        Assistant United States Attorney
        Attorney for Plaintiff
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215
        (614) 469-5715
        Frederic.Shadley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, a copy of the foregoing United States' Motion for Final Order of Forfeiture was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/Frederic C. Shadley*
FREDERIC C. SHADLEY (IL 6310149)
Assistant United States Attorney