| PROB 22 (Rev. 1/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:21CR00089 (1) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Ohio Southern | Columbus |
| **James V. Barlow** | NAME OF SENTENCING JUDGE | |
| | Sarah D. Morrison, Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/10/2024 | TO 05/09/2027 |

OFFENSE
**Count 1: Conspiracy to Possess With Intent to Distribute a Controlled Substance Analogue**
**Count 2: Conspiracy to Commit Money Laundering**

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/educational opportunities, violation of supervision)
To better address current non-compliance issues and possible future issues, the District of Utah is respectfully requesting transfer of jurisdiction be initiated.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern District of Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Utah** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

12-26-24
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of Utah**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge